1

```
 1              IN THE UNITED STATES BANKRUPTCY COURT
                EASTERN DISTRICT OF VIRGINIA (RICHMOND)
 2

 3                                    )   Case No. 14-31848-KRH
    In re                             )   Richmond, Virginia
 4                                    )
    JAMES RIVER COAL COMPANY,         )
 5  et al.,                           )   May 7, 2014
                           Debtors.   )   1:04 PM
 6                                    )
    _____ )
 7
                          TRANSCRIPT OF HEARING
 8                       OMNIBUS HEARING DATE
              BEFORE THE HONORABLE KEVIN R. HUENNEKENS,
 9                 UNITED STATES BANKRUPTCY JUDGE

10  APPEARANCES:

11  Debtors:                  BRIAN M. RESNICK, ESQ.
                              MICHELLE M. MCGREAL, ESQ.
12                            DAVIS POLK & WARDWELL LLP
                              450 Lexington Avenue
13                            New York, NY 10017

14  Official Creditors'       MICHAEL S. STAMER, ESQ.
    Committee:                 ALEXIS FREEMAN, ESQ.
15                            AKIN GUMP STRAUSS HAUER & FELD LLC
                              One Bryant Park
16                            New York, NY 10036

17                            JONATHAN L. GOLD, ESQ.
                              LECLAIRRYAN, P.C.
18                            2318 Mill Road
                              Suite 1100
19                            Alexandria, VA 22314

20  Cantor Fitzgerald         ALICE B. EATON, ESQ.
    Securities:                PAUL, WEISS, RIFKIND, WHARTON
21                            & GARRISON, LLP
                              1285 Avenue of the Americas
22                            New York, NY 10019

23  Bond Safeguard            ROBERT S. WESTERMANN, ESQ.
    Insurance Co.:             HIRSCHLER FLEISCHER, P.C.
24                            2100 East Cary Street
                              Richmond, VA 23223

25
```

2

```
 1   APPEARANCES:  (CONT'D)

 2   Kentucky River            JENNIFER M. MCLEMORE, ESQ.
     Properties LLC:           CHRISTIAN & BARTON, L.L.P.
 3                             909 East Main Street
                               Suite 1200
 4                             Richmond, VA 23219

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21   Transcription Services:          eScribers
                                      700 West 192nd Street
22                                    Suite #607
                                      New York, NY 10040
23                                    (973) 406-2250

24   PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING.

25   TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.
```

**Colloquy**

3

1          THE COURT OFFICER: All rise.  Court is now in

2      session.  Please be seated and come to order.

3          THE CLERK:  James River Coal Company, items 1 through

4      16 on proposed amended agenda.

5          THE COURT:  Good afternoon.

6          MR. RESNICK:  Good afternoon, Your Honor.  For the

7      record, Brian Resnick of Davis Polk & Wardwell, again, for

8      James River Coal Company and its thirty-three debtor

9      subsidiaries.  I'm joined here by my colleague, Michelle

10     McGreal.

11         THE COURT:  You may proceed.

12         MR. RESNICK:  Thank you, Your Honor.

13         So as we notified chambers yesterday, I'm pleased to

14     report that we have a completely uncontested hearing today.

15     We were able to resolve all of the objections that were filed

16     to the bid procedures and to the -- and to the DIP, which was

17     actually a remarkable achievement over the last few days.  And

18     I definitely want to thank the committee professionals and the

19     DIP lenders and their professionals as well, and the committee

20     members, because we've worked very hard over the last few days

21     to resolve the committee's objections to the DIP, in

22     particular.

23         THE COURT:  That's excellent.

24         MR. RESNICK:  Thank you.  And just by way of a bit of

25     an update, as Your Honor knows, since the last time we were

**Colloquy**

4

1    here before you, the committee was appointed, and we have been

2    working closely with them, as we move forward with our

3    strategic transaction process, and we're also here to seek

4    approval today of the strategic transaction bidding

5    procedures, which I'll get to later in the hearing.

6         But the process is well underway, and the debtors'

7    proposed financial advisors and bankers are well under the way

8    in communicating with potential bidders; and the process is

9    ongoing.

10         THE COURT:  All right.

11         MR. RESNICK:  So unless Your Honor disagrees, I'd

12    propose just to walk you through the agenda in the order in

13    which it appears.

14         THE COURT:  That would be my preference.

15         MR. RESNICK:  Great, thank you, Your Honor.

16         So first up we have a few first-day orders that we

17    are requesting now become final orders.  They were interim

18    last time, and now we're requesting they become final.  The

19    wages motion and the shippers, warehousemen and service

20    providers motion, there are no substantive changes to that.

21    The only changes were just conforming changes to bring it from

22    interim to final.

23         And I don't think there's anything of note to mention

24    in those motions.  So unless Your Honor has any questions,

25    we'd request that it be entered.

**Colloquy**

5

1          THE COURT:  Those will be entered on a final basis --

2          I'm sorry, did you wish to be heard?

3          MR. RESNICK:  I'm sorry, I apologize.  On the -- with

4   respect to the wages motion, we did agree with the committee

5   to come to court for further approval if we want to make any

6   severance payments above a certain cap.  And I did agree to

7   say that on the record.  I apologize that I forgot that.

8          This is with respect to severance payments in the

9   wages motion.

10         THE COURT:  All right.  Very good.  Did the committee

11  wish to be heard on that point, or is that satisfactory?

12         MS. FREEMAN:  That's satisfactory.  Thank you, Your

13  Honor.

14         THE COURT:  Okay, very good.  Thank you for that

15  clarification.

16         MR. RESNICK:  Yes, thank you.

17         THE COURT:  All right.  So that will be, then, in the

18  order that I will be entering on a final basis?

19         MR. RESNICK:  It's not actually -- it's just a

20  separate thing we've agreed --

21         THE COURT:  Just an agreement?

22         MR. RESNICK:  -- yeah.

23         THE COURT:  All right.  Very good.

24         MR. RESNICK:  Thank you.

25         Next up is the surety bond program motion.  This is

**Colloquy**

6

1  also an interim order that we are seeking approval on a final

2  basis.  There were no objections filed, and one of the

3  debtors' sureties, Lexon, in fact, filed a statement of

4  support.

5       Certain of the debtors' sureties did contact us with

6  a few concerns, and we agreed to include language in the order

7  that resolved their concerns.  And we've also filed a revised

8  surety bond schedule reflecting one correction.

9       THE COURT:  All right.  Does any party wish to be

10  heard in connection with the debtors' motion for entry of a

11  final order authorizing the continuation of the surety bond

12  program?

13       MR. WESTERMANN:  Your Honor, just very briefly.

14  Robbie Westermann on behalf of Bond Safeguard and Lexon

15  Insurance Company.  Your Honor, we worked with the debtors on

16  the language in the final order, particularly in respect to

17  relief from stay in the event of unpaid premiums.

18       We've worked out language into section 9 of the final

19  order, so with that language, we support entry of the final

20  order.

21       THE COURT:  All right.  Thank you very much, Mr.

22  Westermann.

23       Does any other party wish to be heard?

24       All right.  That will be then, with that change,

25  approved on a final basis.

**Colloquy**

7

1         MR. RESNICK:  Thank you, Your Honor.

2         Next we have the taxes motion and the NOL motion,

3  both interim orders that we're now seeking final relief on.

4  We haven't made any substantive changes to the taxes motion.

5  On the NOL motion we added some additional notice and

6  consultation rights for the DIP agent and the committee, and

7  have clarified some of the other notice provisions.

8         We've not received any objections to either of these

9  orders, and we'd request that the Court enter them on a final

10 basis.

11        THE COURT:  All right.  Does any party wish to be

12 heard in connection with either of those motions?

13        All right, those will be entered on a final basis.

14        MR. RESNICK:  Thank you, Your Honor.

15        The last interim order that we're now seeking final

16 approval of is the DIP facility.  As Your Honor is aware, on

17 April 9th of this year, following the first-day hearing, the

18 Court approved the interim DIP order, authorizing the debtors

19 to borrow up to eighty million dollars.  The debtors are now

20 seeking entry of the final order authorizing the remaining

21 borrowings of up to 110 million dollars.

22        Limited objections were filed by three lessors, and

23 all of those were promptly resolved by the debtors' agreement

24 to make certain revisions to the final order.  Moreover, one

25 of the debtors' sureties, Lexon as well, filed a statement in

**Colloquy**

8

1  support of the motion.

2          And with respect to the committee, we -- as I

3  mentioned earlier, we worked with them and the DIP lenders in

4  an attempt to resolve their objection.  And I'm pleased to

5  report that we were able to resolve it so that they are not

6  objecting to the DIP.  We resolved it by agreeing to make

7  certain changes to the credit agreement that appear at the end

8  of the order in particular, those changes.

9          One of them is to reduce the amount of the pre-

10  payment penalty, pre-payment premium on amortization payments,

11  which is a savings to the debtors of 150,000 dollars.  And the

12  other is to get some flexibility on the July 15th milestone

13  for delivering to the agent binding bids, sufficient to repay

14  the DIP facility.

15          There are some other changes in the order as well.

16  As Your Honor may have noticed, we will not be fighting today

17  over the lenders getting a lien or a claim on avoidance action

18  proceeds.  The lenders have --

19          THE COURT:  I'm shocked.

20          MR. RESNICK:  Although the lenders have agreed as

21  part of their concessions to resolve the committee's objection

22  to not take a lien on or claim against the avoidance action

23  proceeds.

24          THE COURT:  All right.  So -- I won't say that.

25  Okay, very good.

**Colloquy**

9

1        MR. RESNICK:  All right.  There are other changes in

2   the order as well.  We've increased the investigation cap from

3   25,000 to 50,000.  We've increased the challenge period from

4   thirty days to sixty days.  We've removed the waiver of the

5   equity of the case exception under 552(b), clarified that if

6   Your Honor were to rule in favor of the plaintiffs on a

7   challenge to the pre-petition lenders' liens or claims, that

8   you would have the authority to unwind the refinancing.  We

9   clarified that.

10        I should also mention -- by the way, I thanked the

11   committee and the DIP lenders, but our pre-petition lenders

12   have also been helpful and instrumental in the process.  And a

13   few of these things that I've just mentioned have been

14   concessions from them as well.

15        THE COURT:  Very good.  Does any party wish to be

16   heard in connection with the debtors' motion for entry of a

17   final order authorizing the DIP facility?

18        MR. STAMER:  Good afternoon, Your Honor.

19        THE COURT:  Good afternoon.

20        MR. STAMER:  For the record, Michael Stamer from Akin

21   Gump Strauss Hauer & Feld.  I'm here with my colleague Alexis

22   Freeman, also from our firm, and Jon Gold from LeClairRyan.

23        THE COURT:  Good to see you again.

24        MR. STAMER:  Thank you; likewise, Your Honor.

25        Your Honor, I'm happy to report I'll be brief.  I

**Colloquy**

10

1  think the debtor did a nice and accurate job describing how we

2  got here.  The parties did, in fact, work hard to make this a

3  fully consensual second-day hearing.  We had to all work even

4  harder to make the DIP a consensual hearing.  But that's

5  exactly what happened.  There was some give-and-take, both

6  from the pre-petition lenders and from the DIP lenders.

7  Your Honor, this is not a perfect DIP.  We'll be the

8  first ones to acknowledge that.  But there's not a -- there

9  really wasn't any alternative.  And what this company really

10  needs is liquidity and stability to get on with the next

11  chapter, which is pursuing a sale-investment process to

12  maximize value for all stakeholders.

13  So it's for that reason and for the concessions that

14  the debtor accurately described, that the committee has, in

15  fact, withdrawn its objection.

16  THE COURT:  Very good.  We haven't seen many DIPs

17  since 2008, so it's good to see them coming back.

18  MR. STAMER:  That the market is back open.  Yes, Your

19  Honor.

20  THE COURT:  All right, very good.

21  MR. STAMER:  Thank you.

22  THE COURT:  Thank you.

23  MS. EATON:  Good afternoon, Your Honor.  For the

24  record, Alice Eaton, with Paul, Weiss, Rifkind, Wharton &

25  Garrison, on behalf of Cantor Fitzgerald Securities, the DIP

**Colloquy**

11

1  agent.  Thank you, Your Honor, for your time this afternoon.

2  And I find myself in the very odd position with actually

3  agreeing with Mr. Stamer.  We wanted to --

4        THE COURT:  I was trying to think if I ever did that.

5        MS. EATON:  He's going to mark this day on his

6  calendar because it's never probably going to happen again,

7  just like we may never find a case where we have a consensual

8  agreement to give up a lien on avoidance action proceeds.

9        But in any event, I wanted to thank the other parties

10  for their efforts.  And we really think that the consensual

11  order allows the company to focus on its sale process, which

12  is absolutely critical at this point, without any distractions

13  from a contested hearing.

14        And so unless you have any questions of me, we

15  respectfully request that you enter the order.

16        THE COURT:  No, but I -- I echo the comments that

17  were made earlier.  It's obvious that the parties all made

18  concessions at every level and worked very hard to get to

19  where we are.  And I'm glad we're focused on the right thing,

20  which is to proceed to the next step, because that's the

21  critical one in this case.

22        MS. EATON:  Thank you, Your Honor.

23        THE COURT:  And so I applaud your work.

24        MS. EATON:  Thank you.  We agree wholeheartedly.

25        THE COURT:  All right.

**Colloquy**

12

1        MS. EATON:  Thank you.

2        MS. MCLEMORE:  Good afternoon, Your Honor.  Jen

3    McLemore here on behalf of Kentucky River Properties, LLC and

4    Timberlands, LLC.  We filed a limited objection.  I just want

5    to make sure that the record is clear that the debtors did

6    agree to add language in paragraph 18(c) and paragraph 26 for

7    us, to acknowledge that pre-petition liens that were perfected

8    by memorandum of lease and other methods are being recognized

9    here, and they're not being -- they're not being made junior

10    to the DIP, provided they were done properly.  So --

11        THE COURT:  Very good.

12        MS. MCLEMORE:  -- and I wanted to thank everybody as

13    well for working with us.

14        THE COURT:  Very good.

15        MS. MCLEMORE:  It was a lot of work, so --

16        THE COURT:  All right.

17        MS. MCLEMORE:  Even for adding a couple of sentences

18    to a paragraph, but it was done.

19        THE COURT:  Good.

20        MS. MCLEMORE:  Thank you, Your Honor.

21        THE COURT:  That's excellent.  Any other parties?

22        All right.

23        MR. RESNICK:  So thank you, Your Honor.  So I have

24    nothing else to add, unless you have any questions --

25        THE COURT:  Very good.

**Colloquy**

13

1          MR. RESNICK:  -- about the DIP?

2          THE COURT:  Well, it sounds like there's agreement on

3    that, so the Court will approve the DIP motion on a final

4    basis with all of the changes that have been agreed to by all

5    of the parties.  Very good.

6          MR. RESNICK:  Excellent.  Thank you, Your Honor.

7          So that takes us to the debtors' motion to approve

8    the strategic transaction bidding procedures, which was filed

9    on April 7th, the first day of the case.

10         I'm pleased to report that this motion as well, is

11   going forward uncontested.  We've resolved the five objections

12   that were filed, which I'll explain in a moment.

13         By way of brief background, the strategic transaction

14   bidding procedures, they set forth the means of charting the

15   debtors' path forward in these cases.  They actually

16   contemplate receiving bids for asset sales for either the

17   entire company, parts of the company, or for bids to sponsor a

18   plan of reorganization, which we're very much open to as well.

19   The procedures thus have maximum flexibility, so we'll see,

20   when we see what the bids are, what the best path forward is

21   for this company.

22         The debtors' marketing effort has begun.  It actually

23   began several months before the petition date, and with the

24   assistance of the debtors' proposed advisors, Deutsche Bank

25   and Perella Weinberg.

1          The dates set forth in the procedures are that

2     preliminary indications of interest are due on May 22nd.

3     Binding bids are due on June 30th.  The auction is scheduled

4     for July 6th.  And we propose having the sale hearing

5     scheduled, at the moment, for July 10th at 1 p.m., which I

6     believe is our omnibus hearing.

7          The motion that we filed requests July 11th, but I

8     think it makes more sense if it works with Your Honor's

9     schedule, to schedule it for the omnibus hearing date on July

10    10th.

11          THE COURT:  I agree, totally.

12          MR. RESNICK:  Thank you.  The procedures reserve the

13    right of the debtors to select one or more stalking-horse

14    bidders -- I say one or more, because it might be for

15    particular assets as opposed to the entire company -- and to

16    give a breakup fee of up to three percent, and expense

17    reimbursement.

18          If the committee -- if the committee does not support

19    entry into a stalking-horse agreement or the DIP lenders do

20    not support it, and the bid or bids would not be sufficient to

21    pay off the DIP, then we would come back to court for approval

22    of the stalking-horse bid protections.

23          The procedures provide the DIP agent and the

24    committee with extensive consultation rights, and we expect

25    that they will be a material part of the process and have

1   already been and will continue to be.

2          And finally, the motion seeks approval of procedures

3   for the assumption and assignment of executory contracts and

4   unexpired leases in the event of a sale.

5          Your Honor, as I mentioned at the outset, the debtors

6   received five objections to the motion filed by four lessors,

7   and one filed by two of the debtors' surety bond providers.

8   We were able to resolve these objections by making certain

9   changes to the proposed order, including certain

10  clarifications regarding the assumption and assignment process

11  and other changes for certain sureties.

12          Furthermore, in connection with the resolution of the

13  sureties' objection to the bid procedures, we agreed to

14  confirm on the record that the debtors intend to consult with

15  various parties as appropriate, upon review of the bids that

16  are received and in connection with the selecting of any

17  stalking-horse bidder.  These parties may include the

18  sureties, whose rights we fully understand, may be affected by

19  certain transactions.  To the extent we end up consulting with

20  the sureties, we would intend to do so with respect to the

21  bids, including the supporting information regarding

22  permitting and financial assurances.

23          And we have also made a number of changes to the

24  proposed order and the procedures in response to comments we

25  received from the committee and the DIP agent in the past few

1   weeks.

2          At this point, I'm happy to answer any questions Your

3   Honor may have, otherwise I'd request that the order be

4   entered.

5          THE COURT:  Does any party wish to be heard with the

6   debtors' motion for entry of an order approving the strategic

7   transaction bidding procedures and scheduling the bid

8   deadlines in this case?

9          It's a remarkable sound, so obviously you've done a

10  good job.

11         MR. RESNICK:  I'll take the silence.

12         THE COURT:  So the Court will approve that motion as

13  well.

14         MR. RESNICK:  Thank you, Your Honor.

15         Next up, Your Honor, we have a number of procedural

16  type motions.  First is the debtors' motion to approve

17  contract and lease rejection and abandonment procedures.  The

18  debtors would intend to utilize these procedures to facilitate

19  the rejection of the contracts and leases that are not

20  benefiting the estates and cannot profitably be assumed and

21  assigned to a third party.  Utilizing these procedures will

22  streamline things and allow for a reduction in administrative

23  costs, while preserving the rights of counterparties and

24  lessors to receive sufficient notice and to have an

25  opportunity to object and be heard at a hearing.

1          We did not receive any formal objections to the

2    motion.   However, we received two informal objections from

3    lessors, which we were able to promptly resolve with various

4    reservations of rights in the order.

5          Unless Your Honor has any questions, we'd request

6    that this order be entered.

7          THE COURT:  Does any party wish to be heard with the

8    debtors' motion for approval of the procedures for rejection

9    of executory contracts and unexpired leases?

10          All right, there being no objection, that'll be

11    approved as well.

12          MR. RESNICK:  Thank you, Your Honor.

13          Next up is the motion to approve procedures to retain

14    ordinary course professionals without the submission of

15    separate retention applications.  This motion will apply to

16    professionals whose employment relates to the debtors' ongoing

17    business and only indirectly, if at all, to the debtors'

18    restructuring efforts.  And thus, the debtors submit that

19    approval under 327 by separate application is not necessary.

20          We've not received any objections to this motion.

21    Unless Your Honor has any questions, we'd request that it be

22    entered.

23          THE COURT:  That will be approved.

24          MR. RESNICK:  Thank you, Your Honor.

25          The last of the procedural motions is the debtors'

**Colloquy**

18

1   motion to establish procedures for interim compensation and

2   reimbursement of expenses of retained professionals.  The

3   debtors believe that establishing orderly procedures for the

4   payment of retained professionals will streamline the

5   administration of these case and otherwise promote efficiency

6   for the Court, the U.S. Trustee, and all other parties-in-

7   interest.  We have not received any objections to this motion.

8   And unless Your Honor has any questions, I'd request that this

9   order be entered.

10           THE COURT:  That order will be entered as well.

11           MR. RESNICK:  Thank you, Your Honor.

12           Last on the agenda is the -- are the debtors'

13   retention applications.  The debtors are seeking to retain

14   Davis Polk as counsel; Hunton & Williams as local counsel;

15   Perella Weinberg Partners as restructuring financial advisor;

16   Deutsche Bank as investment banker and M&A advisor; and KPMG

17   as independent auditor.

18           Prior to filing these, we worked with Mr. Van Arsdale

19   to address any concerns he had on the applications.  We have

20   incorporated his comments and we have not received any

21   objections.  And unless Your Honor has any questions?

22           THE COURT:  Does any party wish to be heard in

23   connection with the debtors' applications for authority to

24   employ professionals in this case?

25           All right, there are no objections to that.  Those

1    orders will be entered as well.

2              MR. RESNICK:  I apologize, Your Honor.  Just to

3    correct the record.  Ms. McGreal points out that I mentioned

4    that the auction was on July 6th, but it's actually on July

5    8th.  So just for the record.  I think the procedures have it

6    right.  I probably just misremembered.

7              THE COURT:  All right.  I wrote down July 6th.  So

8    it's July 8 is the correct date?

9              MR. RESNICK:  Correct, Your Honor.

10              THE COURT:  All right.  Very good.  Thank you for

11    that clarification.

12              MR. RESNICK:  Thank you, Your Honor.  I have nothing

13    further.

14              THE COURT:  All right.  Does any other party-in-

15    interest wish to be heard in connection with any matter in

16    connection with the bankruptcy case?

17              All right.  This is going remarkably well this early

18    in the case.  I applaud your efforts.  I hope that you have a

19    successful auction.  And I look forward to seeing you back

20    here.

21              MR. RESNICK:  Thank you very much, Your Honor.

22              THE COURT:  Thank you all.

23              THE COURT OFFICER:  All rise.  Court is now

24    adjourned.

25        (Whereupon these proceedings were concluded at 1:25 PM)

20

1                          I N D E X

2

3    RULINGS:                                    PAGE      LINE

4    Debtors' wages motion granted on a final       5        1

5    basis

6    Debtors' shippers and warehousemen motion      5        1

7    granted on a final basis

8    Debtors' surety bond program motion granted    6        24

9    on a final basis

10   Debtors' taxes motion granted on a final       7        13

11   basis

12   Debtors' NOL motion granted on a final basis   7        13

13   Debtors' DIP motion granted on a final basis  13         3

14   Debtors' strategic transaction procedures     16        12

15   motion granted

16   Debtors motion for rejection of executory     17        10

17   contracts and leases is granted

18   Debtors' ordinary course professionals motion 17        23

19   is granted

20   Debtors' interim compensation motion is       18        10

21   granted

22   Debtors' applications to retain:  Davis Polk; 18        25

23   Hunton & Williams; Perella Weinberg; Deutsche

24   Bank;  KPMG, are granted

25

21

C E R T I F I C A T I O N

        I, Penina Wolicki, the court approved transcriber, do
hereby certify the foregoing is a true and correct transcript
from the official electronic sound recording of the
proceedings in the above-entitled matter.


                                                    May 8, 2014

_____        _____

PENINA WOLICKI                         DATE
AAERT Certified Electronic Transcriber CET**D-569

JAMES RIVER COAL COMPANY, et al.
Case No. 14-31848-KRH

May 7, 2014

## A

**abandonment (1)**
16:17
**able (4)**
3:15;8:5;15:8;17:3
**above (1)**
5:6
**absolutely (1)**
11:12
**accurate (1)**
10:1
**accurately (1)**
10:14
**achievement (1)**
3:17
**acknowledge (2)**
10:8;12:7
**action (3)**
8:17,22;11:8
**actually (6)**
3:17;5:19;11:2;
13:15,22;19:4
**add (2)**
12:6,24
**added (1)**
7:5
**adding (1)**
12:17
**additional (1)**
7:5
**address (1)**
18:19
**adjourned (1)**
19:24
**administration (1)**
18:5
**administrative (1)**
16:22
**advisor (2)**
18:15,16
**advisors (2)**
4:7;13:24
**affected (1)**
15:18
**afternoon (7)**
3:5,6;9:18,19;
10:23;11:1;12:2
**again (3)**
3:7;9:23;11:6
**against (1)**
8:22
**agenda (3)**
3:4;4:12;18:12
**agent (5)**
7:6;8:13;11:1;
14:23;15:25
**agree (5)**
5:4,6;11:24;12:6;
14:11
**agreed (5)**
5:20;6:6;8:20;

## 13:4;15:13

**agreeing (2)**
8:6;11:3
**agreement (6)**
5:21;7:23;8:7;
11:8;13:2;14:19
**Akin (1)**
9:20
**Alexis (1)**
9:21
**Alice (1)**
10:24
**allow (1)**
16:22
**allows (1)**
11:11
**alternative (1)**
10:9
**Although (1)**
8:20
**amended (1)**
3:4
**amortization (1)**
8:10
**amount (1)**
8:9
**apologize (3)**
5:3,7;19:2
**appear (1)**
8:7
**appears (1)**
4:13
**applaud (2)**
11:23;19:18
**application (1)**
17:19
**applications (4)**
17:15;18:13,19,23
**apply (1)**
17:15
**appointed (1)**
4:1
**appropriate (1)**
15:15
**approval (8)**
4:4;5:5;6:1;7:16;
14:21;15:2;17:8,19
**approve (5)**
13:3,7;16:12,16;
17:13
**approved (4)**
6:25;7:18;17:11,23
**approving (1)**
16:6
**April (2)**
7:17;13:9
**Arsdale (1)**
18:18
**asset (1)**
13:16
**assets (1)**
14:15
**assigned (1)**

## 16:21

**assignment (2)**
15:3,10
**assistance (1)**
13:24
**assumed (1)**
16:20
**assumption (2)**
15:3,10
**assurances (1)**
15:22
**attempt (1)**
8:4
**auction (3)**
14:3;19:4,19
**auditor (1)**
18:17
**authority (2)**
9:8;18:23
**authorizing (4)**
6:11;7:18,20;9:17
**avoidance (3)**
8:17,22;11:8
**aware (1)**
7:16

## B

**back (4)**
10:17,18;14:21;
19:19
**background (1)**
13:13
**Bank (2)**
13:24;18:16
**banker (1)**
18:16
**bankers (1)**
4:7
**bankruptcy (1)**
19:16
**basis (7)**
5:1,18;6:2,25;7:10,
13;13:4
**become (2)**
4:17,18
**began (1)**
13:23
**begun (1)**
13:22
**behalf (3)**
6:14;10:25;12:3
**benefiting (1)**
16:20
**best (1)**
13:20
**bid (5)**
3:16;14:20,22;
15:13;16:7
**bidder (1)**
15:17
**bidders (2)**
4:8;14:14

**bidding (4)**
4:4;13:8,14;16:7
**bids (8)**
8:13;13:16,17,20;
14:3,20;15:15,21
**binding (2)**
8:13;14:3
**bit (1)**
3:24
**bond (5)**
5:25;6:8,11,14;
15:7
**borrow (1)**
7:19
**borrowings (1)**
7:21
**both (2)**
7:3;10:5
**breakup (1)**
14:16
**Brian (1)**
3:7
**brief (2)**
9:25;13:13
**briefly (1)**
6:13
**bring (1)**
4:21
**business (1)**
17:17

## C

**calendar (1)**
11:6
**Cantor (1)**
10:25
**cap (2)**
5:6;9:2
**case (9)**
9:5;11:7,21;13:9;
16:8;18:5,24;19:16,
18
**cases (1)**
13:15
**certain (8)**
5:6;6:5;7:24;8:7;
15:8,9,11,19
**challenge (2)**
9:3,7
**chambers (1)**
3:13
**change (1)**
6:24
**changes (12)**
4:20,21,21;7:4;8:7,
8,15;9:1;13:4;15:9,
11,23
**chapter (1)**
10:11
**charting (1)**
13:14
**claim (2)**

## 8:17,22

**claims (1)**
9:7
**clarification (2)**
5:15;19:11
**clarifications (1)**
15:10
**clarified (3)**
7:7;9:5,9
**clear (1)**
12:5
**CLERK (1)**
3:3
**closely (1)**
4:2
**Coal (2)**
3:3,8
**colleague (2)**
3:9;9:21
**coming (1)**
10:17
**comments (3)**
11:16;15:24;18:20
**committee (13)**
3:18,19;4:1;5:4,10;
7:6;8:2;9:11;10:14;
14:18,18,24;15:25
**committee's (2)**
3:21;8:21
**communicating (1)**
4:8
**Company (9)**
3:3,8;6:15;10:9;
11:11;13:17,17,21;
14:15
**compensation (1)**
18:1
**completely (1)**
3:14
**concerns (3)**
6:6,7;18:19
**concessions (4)**
8:21;9:14;10:13;
11:18
**concluded (1)**
19:25
**confirm (1)**
15:14
**conforming (1)**
4:21
**connection (8)**
6:10;7:12;9:16;
15:12,16;18:23;
19:15,16
**consensual (4)**
10:3,4;11:7,10
**consult (1)**
15:14
**consultation (2)**
7:6;14:24
**consulting (1)**
15:19
**contact (1)**

JAMES RIVER COAL COMPANY, et al.

Case No. 14-31848-KRH

May 7, 2014

6:5

**contemplate (1)**
13:16

**contested (1)**
11:13

**continuation (1)**
6:11

**continue (1)**
15:1

**contract (1)**
16:17

**contracts (3)**
15:3;16:19;17:9

**correction (1)**
6:8

**costs (1)**
16:23

**counsel (2)**
18:14,14

**counterparties (1)**
16:23

**couple (1)**
12:17

**course (1)**
17:14

**Court (55)**
3:1,1,5,11,23;4:10,
14;5:1,5,10,14,17,21,
23;6:9,21;7:9,11,18;
8:19,24;9:15,19,23;
10:16,20,22;11:4,16,
23,25;12:11,14,16,
19,21,25;13:2,3;
14:11,21;16:5,12,12;
17:7,23;18:6,10,22;
19:7,10,14,22,23,23

**credit (1)**
8:7

**critical (2)**
11:12,21

**D**

**date (3)**
13:23;14:9;19:8

**dates (1)**
14:1

**Davis (2)**
3:7;18:14

**day (2)**
11:5;13:9

**days (4)**
3:17,20;9:4,4

**deadlines (1)**
16:8

**debtor (3)**
3:8;10:1,14

**debtors (12)**
6:15;7:18,19;8:11;
12:5;14:13;15:5,14;
16:18;17:18;18:3,13

**debtors' (20)**
4:6;6:3,5,10;7:23,

25;9:16;13:7,15,22,
24;15:7;16:6,16;
17:8,16,17,25;18:12,
23

**definitely (1)**
3:18

**delivering (1)**
8:13

**described (1)**
10:14

**describing (1)**
10:1

**Deutsche (2)**
13:24;18:16

**DIP (22)**
3:16,19,21;7:6,16,
18;8:3,6,14;9:11,17;
10:4,6,7,25;12:10;
13:1,3;14:19,21,23;
15:25

**DIPs (1)**
10:16

**disagrees (1)**
4:11

**distractions (1)**
11:12

**dollars (3)**
7:19,21;8:11

**done (3)**
12:10,18;16:9

**down (1)**
19:7

**due (2)**
14:2,3

**E**

**earlier (2)**
8:3;11:17

**early (1)**
19:17

**EATON (6)**
10:23,24;11:5,22,
24;12:1

**echo (1)**
11:16

**efficiency (1)**
18:5

**effort (1)**
13:22

**efforts (3)**
11:10;17:18;19:18

**eighty (1)**
7:19

**either (3)**
7:8,12;13:16

**else (1)**
12:24

**employ (1)**
18:24

**employment (1)**
17:16

**end (2)**

8:7;15:19

**enter (2)**
7:9;11:15

**entered (9)**
4:25;5:1;7:13;
16:4;17:6,22;18:9,
10;19:1

**entering (1)**
5:18

**entire (2)**
13:17;14:15

**entry (6)**
6:10,19;7:20;9:16;
14:19;16:6

**equity (1)**
9:5

**establish (1)**
18:1

**establishing (1)**
18:3

**estates (1)**
16:20

**even (2)**
10:3;12:17

**event (3)**
6:17;11:9;15:4

**everybody (1)**
12:12

**exactly (1)**
10:5

**excellent (3)**
3:23;12:21;13:6

**exception (1)**
9:5

**executory (2)**
15:3;17:9

**expect (1)**
14:24

**expense (1)**
14:16

**expenses (1)**
18:2

**explain (1)**
13:12

**extensive (1)**
14:24

**extent (1)**
15:19

**F**

**facilitate (1)**
16:18

**facility (3)**
7:16;8:14;9:17

**fact (3)**
6:3;10:2,15

**favor (1)**
9:6

**fee (1)**
14:16

**Feld (1)**
9:21

few (6)
3:17,20;4:16;6:6;
9:13;15:25

**fighting (1)**
8:16

**filed (12)**
3:15;6:2,3,7;7:22,
25;12:4;13:8,12;
14:7;15:6,7

**filing (1)**
18:18

**final (19)**
4:17,18,22;5:1,18;
6:1,1,11,16,18,19,25;
7:3,9,13,15,20,24;
9:17;13:3

**finally (1)**
15:2

**financial (3)**
4:7;15:22;18:15

**find (2)**
11:2,7

**firm (1)**
9:22

**first (4)**
4:16;10:8;13:9;
16:16

**first-day (2)**
4:16;7:17

**Fitzgerald (1)**
10:25

**five (2)**
13:11;15:6

**flexibility (2)**
8:12;13:19

**focus (1)**
11:11

**focused (1)**
11:19

**following (1)**
7:17

**forgot (1)**
5:7

**formal (1)**
17:1

**forth (2)**
13:14;14:1

**forward (5)**
4:2;13:11,15,20;
19:19

**four (1)**
15:6

**FREEMAN (2)**
5:12;9:22

**fully (2)**
10:3;15:18

**further (2)**
5:5;19:13

**Furthermore (1)**
15:12

**G**

**Garrison (1)**
10:25

**give-and-take (1)**
10:5

**glad (1)**
11:19

**Gold (1)**
9:22

**Good (22)**
3:5,6;5:10,14,23;
8:25;9:15,18,19,23;
10:16,17,20,23;12:2,
11,14,19,25;13:5;
16:10;19:10

**Great (1)**
4:15

**Gump (1)**
9:21

**H**

**happen (1)**
11:6

**happened (1)**
10:5

**happy (2)**
9:25;16:2

**hard (3)**
3:20;10:2;11:18

**harder (1)**
10:4

**Hauer (1)**
9:21

**heard (11)**
5:2,11;6:10,23;
7:12;9:16;16:5,25;
17:7;18:22;19:15

**hearing (10)**
3:14;4:5;7:17;10:3,
4;11:13;14:4,6,9;
16:25

**helpful (1)**
9:12

**Honor (41)**
3:6,12,25;4:11,15,
24;5:13;6:13,15;7:1,
14,16;8:16;9:6,18,24,
25;10:7,19,23;11:1,
22;12:2,20,23;13:6;
15:5;16:3,14,15;17:5,
12,21,24;18:8,11,21;
19:2,9,12,21

**Honor's (1)**
14:8

**hope (1)**
19:18

**Hunton (1)**
18:14

**I**

**include (2)**
6:6;15:17

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net

Case 14-31848-KRH    Doc 230    Filed 05/08/14    Entered 05/08/14 11:35:46    Desc Main
Document    Page 24 of 26

JAMES RIVER COAL COMPANY, et al.
Case No. 14-31848-KRH

May 7, 2014

**including (2)**
15:9,21
**incorporated (1)**
18:20
**increased (2)**
9:2,3
**independent (1)**
18:17
**indications (1)**
14:2
**indirectly (1)**
17:17
**informal (1)**
17:2
**information (1)**
15:21
**instrumental (1)**
9:12
**Insurance (1)**
6:15
**intend (3)**
15:14,20;16:18
**interest (3)**
14:2;18:7;19:15
**interim (7)**
4:17,22;6:1;7:3,15,
18;18:1
**into (2)**
6:18;14:19
**investigation (1)**
9:2
**investment (1)**
18:16
**items (1)**
3:3

**J**

**James (2)**
3:3,8
**Jen (1)**
12:2
**job (2)**
10:1;16:10
**joined (1)**
3:9
**Jon (1)**
9:22
**July (9)**
8:12;14:4,5,7,9;
19:4,4,7,8
**June (1)**
14:3
**junior (1)**
12:9

**K**

**Kentucky (1)**
12:3
**knows (1)**
3:25
**KPMG (1)**

18:16

**L**

**language (5)**
6:6,16,18,19;12:6
**last (7)**
3:17,20,25;4:18;
7:15;17:25;18:12
**later (1)**
4:5
**lease (2)**
12:8;16:17
**leases (3)**
15:4;16:19;17:9
**LeClairRyan (1)**
9:22
**lenders (10)**
3:19;8:3,17,18,20;
9:11,11;10:6,6;14:19
**lenders' (1)**
9:7
**lessors (4)**
7:22;15:6;16:24;
17:3
**level (1)**
11:18
**Lexon (3)**
6:3,14;7:25
**lien (3)**
8:17,22;11:8
**liens (2)**
9:7;12:7
**likewise (1)**
9:24
**Limited (2)**
7:22;12:4
**liquidity (1)**
10:10
**LLC (2)**
12:3,4
**local (1)**
18:14
**look (1)**
19:19
**lot (1)**
12:15

**M**

**M&A (1)**
18:16
**makes (1)**
14:8
**making (1)**
15:8
**many (1)**
10:16
**mark (1)**
11:5
**market (1)**
10:18
**marketing (1)**

13:22
**material (1)**
14:25
**matter (1)**
19:15
**maximize (1)**
10:12
**maximum (1)**
13:19
**may (7)**
3:11;8:16;11:7;
14:2;15:17,18;16:3
**McGreal (2)**
3:10;19:3
**MCLEMORE (6)**
12:2,3,12,15,17,20
**means (1)**
13:14
**members (1)**
3:20
**memorandum (1)**
12:8
**mention (2)**
4:23;9:10
**mentioned (4)**
8:3;9:13;15:5;19:3
**methods (1)**
12:8
**Michael (1)**
9:20
**Michelle (1)**
3:9
**might (1)**
14:14
**milestone (1)**
8:12
**million (2)**
7:19,21
**misremembered (1)**
19:6
**moment (2)**
13:12;14:5
**months (1)**
13:23
**more (3)**
14:8,13,14
**Moreover (1)**
7:24
**motion (28)**
4:19,20;5:4,9,25;
6:10;7:2,2,4,5;8:1;
9:16;13:3,7,10;14:7;
15:2,6;16:6,12,16;
17:2,8,13,15,20;18:1,
7
**motions (4)**
4:24;7:12;16:16;
17:25
**move (1)**
4:2
**much (3)**
6:21;13:18;19:21
**myself (1)**

11:2

**N**

**necessary (1)**
17:19
**needs (1)**
10:10
**Next (6)**
5:25;7:2;10:10;
11:20;16:15;17:13
**nice (1)**
10:1
**NOL (2)**
7:2,5
**note (1)**
4:23
**notice (3)**
7:5,7;16:24
**noticed (1)**
8:16
**notified (1)**
3:13
**number (2)**
15:23;16:15

**O**

**object (1)**
16:25
**objecting (1)**
8:6
**objection (6)**
8:4,21;10:15;12:4;
15:13;17:10
**objections (14)**
3:15,21;6:2;7:8,22;
13:11;15:6,8;17:1,2,
20;18:7,21,25
**obvious (1)**
11:17
**obviously (1)**
16:9
**odd (1)**
11:2
**off (1)**
14:21
**OFFICER (2)**
3:1;19:23
**omnibus (2)**
14:6,9
**one (8)**
6:2,8;7:24;8:9;
11:21;14:13,14;15:7
**ones (1)**
10:8
**ongoing (2)**
4:9;17:16
**only (2)**
4:21;17:17
**open (2)**
10:18;13:18
**opportunity (1)**

16:25
**opposed (1)**
14:15
**order (27)**
3:2;4:12;5:18;6:1,
6,11,16,19,20;7:15,
18,20,24;8:8,15;9:2,
17;11:11,15;15:9,24;
16:3,6;17:4,6;18:9,10
**orderly (1)**
18:3
**orders (5)**
4:16,17;7:3,9;19:1
**ordinary (1)**
17:14
**otherwise (2)**
16:3;18:5
**out (2)**
6:18;19:3
**outset (1)**
15:5
**over (3)**
3:17,20;8:17

**P**

**paragraph (3)**
12:6,6,18
**part (2)**
8:21;14:25
**particular (2)**
3:22;8:8;14:15
**particularly (1)**
6:16
**parties (7)**
10:2;11:9,17;
12:21;13:5;15:15,17
**parties-in- (1)**
18:6
**Partners (1)**
18:15
**parts (1)**
13:17
**party (8)**
6:9,23;7:11;9:15;
16:5,21;17:7;18:22
**party-in- (1)**
19:14
**past (1)**
15:25
**path (2)**
13:15,20
**Paul (1)**
10:24
**pay (1)**
14:21
**payment (2)**
8:10;18:4
**payments (3)**
5:6,8;8:10
**penalty (1)**
8:10
**percent (1)**

14:16
**Perella (2)**
13:25;18:15
**perfect (1)**
10:7
**perfected (1)**
12:7
**period (1)**
9:3
**permitting (1)**
15:22
**petition (1)**
13:23
**plaintiffs (1)**
9:6
**plan (1)**
13:18
**Please (1)**
3:2
**pleased (3)**
3:13;8:4;13:10
**pm (2)**
14:5;19:25
**point (3)**
5:11;11:12;16:2
**points (1)**
19:3
**Polk (2)**
3:7;18:14
**position (1)**
11:2
**potential (1)**
4:8
**pre- (1)**
8:9
**preference (1)**
4:14
**preliminary (1)**
14:2
**premium (1)**
8:10
**premiums (1)**
6:17
**pre-payment (1)**
8:10
**pre-petition (4)**
9:7;11;10:6;12:7
**preserving (1)**
16:23
**Prior (1)**
18:18
**probably (2)**
11:6;19:6
**procedural (2)**
16:15;17:25
**procedures (20)**
3:16;4:5;13:8,14,
19;14:1,12,23;15:2,
13,24;16:7,17,18,21;
17:8,13;18:1,3;19:5
**proceed (2)**
3:11;11:20
**proceedings (1)**

19:25
**proceeds (3)**
8:18,23;11:8
**process (8)**
4:3,6,8;9:12;10:11;
11:11;14:25;15:10
**professionals (7)**
3:18;19;17:14,16;
18:2,4,24
**profitably (1)**
16:20
**program (2)**
5:25;6:12
**promote (1)**
18:5
**promptly (2)**
7:23;17:3
**properly (1)**
12:10
**Properties (1)**
12:3
**propose (2)**
4:12;14:4
**proposed (5)**
3:4;4:7;13:24;15:9,
24
**protections (1)**
14:22
**provide (1)**
14:23
**provided (1)**
12:10
**providers (2)**
4:20;15:7
**provisions (1)**
7:7
**pursuing (1)**
10:11

**R**

**really (3)**
10:9,9;11:10
**reason (1)**
10:13
**receive (2)**
16:24;17:1
**received (8)**
7:8;15:6,16,25;
17:2,20;18:7,20
**receiving (1)**
13:16
**recognized (1)**
12:8
**record (8)**
3:7;5:7;9:20;
10:24;12:5;15:14;
19:3,5
**reduce (1)**
8:9
**reduction (1)**
16:22
**refinancing (1)**

9:8
**reflecting (1)**
6:8
**regarding (2)**
15:10,21
**reimbursement (2)**
14:17;18:2
**rejection (3)**
16:17,19;17:8
**relates (1)**
17:16
**relief (2)**
6:17;7:3
**remaining (1)**
7:20
**remarkable (2)**
3:17;16:9
**remarkably (1)**
19:17
**removed (1)**
9:4
**reorganization (1)**
13:18
**repay (1)**
8:13
**report (4)**
3:14;8:5;9:25;
13:10
**request (7)**
4:25;7:9;11:15;
16:3;17:5,21;18:8
**requesting (2)**
4:17,18
**requests (1)**
14:7
**reservations (1)**
17:4
**reserve (1)**
14:12
**RESNICK (28)**
3:6,7,12,24;4:11,
15;5:3,16,19,22,24;
7:1,14;8:20;9:1;
12:23;13:1,6;14:12;
16:11,14;17:12,24;
18:11;19:2,9,12,21
**resolution (1)**
15:12
**resolve (7)**
3:15,21;8:4,5,21;
15:8;17:3
**resolved (4)**
6:7;7:23;8:6;13:11
**respect (5)**
5:4,8;6:16;8:2;
15:20
**respectfully (1)**
11:15
**response (1)**
15:24
**restructuring (2)**
17:18;18:15
**retain (2)**

17:13;18:13
**retained (2)**
18:2,4
**retention (2)**
17:15;18:13
**review (1)**
15:15
**revised (1)**
6:7
**revisions (1)**
7:24
**Rifkind (1)**
10:24
**right (24)**
4:10;5:10,17,23;
6:9,21,24;7:11,13;
8:24;9:1;10:20;
11:19,25;12:16,22;
14:13;17:10;18:25;
19:6,7,10,14,17
**rights (5)**
7:6;14:24;15:18;
16:23;17:4
**rise (2)**
3:1;19:23
**River (3)**
3:3,8;12:3
**Robbie (1)**
6:14
**rule (1)**
9:6

**S**

**Safeguard (1)**
6:14
**sale (3)**
11:11;14:4;15:4
**sale-investment (1)**
10:11
**sales (1)**
13:16
**satisfactory (2)**
5:11,12
**savings (1)**
8:11
**schedule (3)**
6:8;14:9,9
**scheduled (2)**
14:3,5
**scheduling (1)**
16:7
**seated (1)**
3:2
**second-day (1)**
10:3
**section (1)**
6:18
**Securities (1)**
10:25
**seeing (1)**
19:19
**seek (1)**

4:3
**seeking (5)**
6:1;7:3,15,20;
18:13
**seeks (1)**
15:2
**select (1)**
14:13
**selecting (1)**
15:16
**sense (1)**
14:8
**sentences (1)**
12:17
**separate (3)**
5:20;17:15,19
**service (1)**
4:19
**session (1)**
3:2
**set (2)**
13:14;14:1
**several (1)**
13:23
**severance (2)**
5:6,8
**shippers (1)**
4:19
**shocked (1)**
8:19
**silence (1)**
16:11
**sixty (1)**
9:4
**sorry (2)**
5:2,3
**sound (1)**
16:9
**sounds (1)**
13:2
**sponsor (1)**
13:17
**stability (1)**
10:10
**stakeholders (1)**
10:12
**stalking-horse (4)**
14:13,19,22;15:17
**STAMER (7)**
9:18,20,20,24;
10:18,21;11:3
**statement (2)**
6:3;7:25
**stay (1)**
6:17
**step (1)**
11:20
**strategic (5)**
4:3,4;13:8,13;16:6
**Strauss (1)**
9:21
**streamline (2)**
16:22;18:4

JAMES RIVER COAL COMPANY, et al.
Case No. 14-31848-KRH

May 7, 2014

**submission (1)**
17:14
**submit (1)**
17:18
**subsidiaries (1)**
3:9
**substantive (2)**
4:20;7:4
**successful (1)**
19:19
**sufficient (3)**
8:13;14:20;16:24
**support (5)**
6:4,19;8:1;14:18,
20
**supporting (1)**
15:21
**sure (1)**
12:5
**sureties (6)**
6:3,5;7:25;15:11,
18,20
**sureties' (1)**
15:13
**surety (4)**
5:25;6:8,11;15:7

## T

**taxes (2)**
7:2,4
**thanked (1)**
9:10
**that'll (1)**
17:10
**third (1)**
16:21
**thirty (1)**
9:4
**thirty-three (1)**
3:8
**three (2)**
7:22;14:16
**thus (2)**
13:19;17:18
**Timberlands (1)**
12:4
**today (3)**
3:14;4:4;8:16
**totally (1)**
14:11
**transaction (5)**
4:3,4;13:8,13;16:7
**transactions (1)**
15:19
**Trustee (1)**
18:6
**trying (1)**
11:4
**two (2)**
15:7;17:2
**type (1)**
16:16

## U

**uncontested (2)**
3:14;13:11
**under (3)**
4:7;9:5;17:19
**underway (1)**
4:6
**unexpired (2)**
15:4;17:9
**unless (8)**
4:11,24;11:14;
12:24;17:5,21;18:8,
21
**unpaid (1)**
6:17
**unwind (1)**
9:8
**up (9)**
4:16;5:25;7:19,21;
11:8;14:16;15:19;
16:15;17:13
**update (1)**
3:25
**upon (1)**
15:15
**utilize (1)**
16:18
**Utilizing (1)**
16:21

## V

**value (1)**
10:12
**Van (1)**
18:18
**various (2)**
15:15;17:3

## W

**wages (3)**
4:19;5:4,9
**waiver (1)**
9:4
**walk (1)**
4:12
**Wardwell (1)**
3:7
**warehousemen (1)**
4:19
**way (4)**
3:24;4:7;9:10;
13:13
**weeks (1)**
16:1
**Weinberg (2)**
13:25;18:15
**Weiss (1)**
10:24
**WESTERMANN (3)**
6:13,14,22
**Wharton (1)**
10:24
**Whereupon (1)**
19:25
**wholeheartedly (1)**
11:24
**whose (2)**
15:18;17:16
**Williams (1)**
18:14
**wish (10)**
5:2,11;6:9,23;7:11;
9:15;16:5;17:7;
18:22;19:15
**withdrawn (1)**
10:15
**without (2)**
11:12;17:14
**work (4)**
10:2,3;11:23;12:15
**worked (6)**
3:20;6:15;18;8:3;
11:18;18:18
**working (2)**
4:2;12:13
**works (1)**
14:8
**wrote (1)**
19:7

## Y

**year (1)**
7:17
**yesterday (1)**
3:13

## 1

**1 (2)**
3:3;14:5
**1:25 (1)**
19:25
**10th (2)**
14:5,10
**110 (1)**
7:21
**11th (1)**
14:7
**150,000 (1)**
8:11
**15th (1)**
8:12
**16 (1)**
3:4
**18c (1)**
12:6

## 2

**2008 (1)**
10:17
**22nd (1)**
14:2
**25,000 (1)**
9:3
**26 (1)**
12:6

## 3

**30th (1)**
14:3
**327 (1)**
17:19

## 5

**50,000 (1)**
9:3
**552b (1)**
9:5

## 6

**6th (3)**
14:4;19:4,7

## 7

**7th (1)**
13:9

## 8

**8 (1)**
19:8
**8th (1)**
19:5

## 9

**9 (1)**
6:18
**9th (1)**
7:17