DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone:  (212) 450-4000
Facsimile:  (212) 607-7973
Marshall S. Huebner (admitted *pro hac vice*)
Brian M. Resnick (admitted *pro hac vice*)
Michelle M. McGreal (admitted *pro hac vice*)

HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Tyler P. Brown (VSB No. 28072)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)

*Counsel to the Debtors*
*and Debtors in Possession*

*Local Counsel to the Debtors*
*and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| **JAMES RIVER COAL COMPANY,** *et al.*, | Case No. 14-31848 (KRH) |
|  | **(Jointly Administered)** |
| **Debtors.** |  |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS AND DISCLAIMER REGARDING DEBTORS' SCHEDULES AND SOFAS ("Global Notes")

**General**

James River Coal Company ("**James River**") and 33 of its direct and indirect subsidiaries and affiliates (collectively, with James River, the "**Debtors**") are filing their respective Schedules of Assets and Liabilities (the "**Schedules**") and Statements of Financial Affairs (the "**SOFAs**") in the United States Bankruptcy Court for the Eastern District of Virginia (the "**Bankruptcy Court**"). The Debtors prepared the Schedules and SOFAs pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").  The Schedules and SOFAs are unaudited. Although management has made reasonable efforts to ensure that the Schedules and SOFAs are accurate and complete based on information that was available to them at the time of the preparation, subsequent information or discovery may result in material changes to these Schedules and SOFAs, and inadvertent errors or omissions may exist in the Schedules and SOFAs. Moreover, because the Schedules and SOFAs contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and SOFAs are wholly accurate and complete. Nothing contained in the Schedules and SOFAs shall constitute a waiver of any rights of the Debtors, specifically including the Debtors' right to amend these Schedules and SOFAs and any rights with respect to any issues relating to substantive consolidation, equitable subordination, defenses and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. These Global Notes and Statement of Limitations, Methods and

Disclaimer Regarding the Debtors' Schedules and SOFAs (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, each of the Schedules and SOFAs, and should be referred to and reviewed in connection with any review of the Schedules and SOFAs.

**Description of the Cases and "As of" Information Date**

On April 7, 2014 (the "**Petition Date**"), the Debtors each filed a voluntary petition in the Bankruptcy Court for reorganization under chapter 11 of the Bankruptcy Code. The cases have been consolidated solely for the purpose of joint administration under case number 14-31848 (KRH). Each Debtor's fiscal year ends on December 31. All asset information contained in the Schedules and SOFAs, except where otherwise noted, is as of March 31, 2014. The liability information, except where otherwise noted, is as of the close of business on the Petition Date of each respective Debtor, as appropriate.

**Basis of Presentation**

For financial reporting purposes, James River prepares consolidated financial statements. These consolidated financial statements are filed with the Securities and Exchange Commission (the "**SEC**") and are audited annually. Unlike the consolidated financial statements, these Schedules and SOFAs, except as indicated herein, reflect the assets and liabilities of each Debtor, including intercompany accounts, which would be eliminated in James River's consolidated financial statements.  Accordingly, combining the assets and claims set forth in the Schedules and SOFAs of the Debtors would result in amounts that would be substantially different from financial information for James River and its respective consolidated subsidiaries that would be prepared under Generally Accepted Accounting Principles ("**GAAP**"). Therefore, these Schedules and SOFAs do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to reconcile to the financial statements filed by James River with the SEC.

**Confidentiality**

There are instances within the Schedules and SOFAs where names, addresses or amounts have been left blank.  Due to the nature of an agreement between the Debtors and a third party, concerns of confidentiality or concerns for the privacy of an individual, the Debtors may have deemed it appropriate and necessary to avoid listing such names, addresses and amounts.

**Amendment**

Although reasonable efforts were made to file complete and accurate Schedules and SOFAs, inadvertent errors and omissions may exist. The Debtors reserve the right to amend and/or supplement their Schedules and SOFAs from time to time as they deem necessary or appropriate, but are under no obligation to do so.

**Recharacterization**

The Debtors have made reasonable efforts to characterize, classify, categorize or designate correctly the claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and SOFAs. However, due to the complexity and size of the Debtors' businesses, the Debtors may have improperly characterized, classified, categorized or designated certain items. The Debtors reserve their rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and SOFAs at a later time either in amendments to the Schedules and SOFAs or in another appropriate filing as necessary or appropriate.

**Totals**

All totals that are included in the Schedules and SOFAs represent totals of all the known amounts included on the Schedules and SOFAs.

**Undetermined Amounts**

The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

**Exclusions**

The Debtors have excluded certain categories of assets and liabilities from the Schedules and SOFAs such as: goodwill and certain other intangible assets; accrued liabilities including, but not limited to, accrued salaries and employee benefits; tax accruals; other accrued liabilities; asset retirement obligations and assets with a net book value of zero. Other non-material assets and liabilities may have also been excluded.

**Foreign Currency**

Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Current Market Value of Assets**

It would be prohibitively expensive, unduly burdensome and an inefficient use of estate resources for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, the Schedules and SOFAs reflect net book values for assets as of March 31, 2014. Amounts ultimately realized may vary from net book value, and such variance may be material. The asset amounts listed do not include material write-downs that may be necessary. Operating cash is presented as bank balances as of the Petition Date.  Certain other assets such as investments in subsidiaries and other intangible assets are listed as undetermined amounts as of the Petition Date because the book values may materially differ from fair market values.

**Intercompany Accounts**

Prior to the Petition Date, the Debtors routinely engaged in intercompany transactions resulting in intercompany account balances. The intercompany account balances, if any, that are reflected on the Debtors' book and records, are set forth in the respective Debtor's Schedule B16 and Schedule F. The listing of these amounts is not and shall not be construed as an admission of the characterization of such balance, as debt, equity or otherwise, and is not necessarily indicative of the ultimate recovery, if any, on any intercompany asset account or the impairment or claim status of any intercompany liability account. The Debtors reserve all rights to recharacterize, reprioritize, reclassify, recategorize or redesignate intercompany accounts reported in the Schedules and SOFAs.

**Accounts Receivable**

For confidentiality reasons, the Debtors have not listed individual customer accounts receivable information. Accounts receivable information for each Debtor has been listed net of reserves as of March 31, 2014.

**Inventories; Property and Equipment**

Inventories consist of materials and supplies and coal inventory. These inventories are valued at average cost and first in, first out for materials and supplies. Coal inventory costs include labor, supplies, equipment, operating overhead and other related costs. Property, plant, equipment and mine development are recorded at cost or at fair value at the date of acquisition in the case of acquired businesses, and are presented net of accumulated depreciation. Machinery and equipment includes trucks, dozers and other vehicles used in mining of coal.  All inventories, as well as all property and equipment, are presented without consideration of any statutory or consensual liens.

**Coal Reserves**

The Debtors control an estimated 226 million tons of proven and probable coal reserves located in the Midwest and the Central Appalachia coal regions as of December 31, 2013. The Debtors control pursuant to leases approximately 95% and 90% of its coal reserves in the Central Appalachian region and Midwest region respectively.  The aggregate book value of owned and leased coal reserves is $448 million as of March 31, 2014 (subject to adjustment for and completion of the December 31, 2013 audit). The Debtors have not analyzed the current market value of their owned or leased coal reserves. Except where otherwise noted, the Debtors have reported the book value of all owned pieces of real property, including coal reserves, in Schedule A. Although not required, because leased coal reserves represent such a significant asset of the Debtors, the Debtors have also included the book value of leased coal reserves in Schedule A. Any unexpired coal reserve leases of the Debtors as of the Petition Date are included in Schedule G and to the extent that there was an amount outstanding under a coal reserve lease, such as royalties payable, as of the Petition Date, the amount owed to the lessor of the coal reserves has been listed on Schedule F.

**Other Leases**

The Debtors lease equipment and facilities under various operating lease agreements. These operating leases are carried by the Debtors at a zero book value. These equipment and facilities leases are reported on Schedule G of each applicable Debtor, and to the extent that there was an amount outstanding under any of these leases as of the Petition Date, the amount owed to the applicable lessor has been listed on Schedule F of each applicable Debtor.

**Contingent Assets**

The Debtors believe that they may possess certain claims and causes of action against various parties. Additionally, the Debtors may possess contingent claims in the form of various actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws that are not listed as assets in their Schedules and SOFAs. The Debtors reserve all of their rights with respect to any claims and causes of action, whether arising under the Bankruptcy Code or otherwise, that they may have or will have, and nothing contained in these Global Notes or the Schedules and SOFAs shall be deemed a waiver of any such claims, avoidance actions or causes of action or in any way prejudice or impair the assertion of such claims. The Debtors may also possess contingent and unliquidated claims against affiliated entities (both Debtors and non-Debtors) for various financial accommodations and similar benefits they have extended from time to time, including contingent and unliquidated claims for contribution, reimbursement and/or indemnification arising from, among other things: (i) letters of credit, (ii) notes payable and receivable, (iii) surety bonds, (iv) guaranties, (v) indemnities, (vi) tax sharing agreements and (vii) warranties. The Debtors reserve their rights to supplement the Schedules and SOFAs for these items at a later date. Additionally, prior to the relevant

Petition Date, each Debtor, as a plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages. Refer to item 4(a) in each SOFA, for lawsuits commenced prior to the Petition Date in which the relevant Debtor was a plaintiff.

**Guaranties and Other Secondary Liability Claims**

The Debtors have made reasonable efforts to locate and identify guaranties and other secondary liability claims (collectively, the "**Guaranties**") in each of the executory contracts, unexpired leases, secured financings, debt instruments and other such agreements to which any Debtor is a party. Where Guaranties have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guaranties. The Debtors have placed the Guaranties on Schedule H for both the primary obligor and the guarantor of the relevant obligation. Guaranties were additionally placed on Schedule D or F for each guarantor, except to the extent they are associated with obligations under an executory contract or unexpired lease identified on Schedule G. It is possible that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements may have been inadvertently omitted. The Debtors reserve their rights to amend the Schedules to the extent additional Guaranties are identified or such Guaranties are discovered to have expired or be unenforceable. In addition, the Debtors reserve the right to amend the Schedules and SOFAs and to recharacterize or reclassify any such contract or claim, whether by amending the Schedules and SOFAs or in another appropriate filing. Additionally, failure to list any Guaranties in the Schedules and SOFAs, including in any future amendments to the Schedules and SOFAs, shall not affect the enforceability of any Guaranties not listed.

**Classifications**

Listing a claim (i) on Schedule D as "secured," (ii) on Schedule E as "unsecured priority" or (iii) on Schedule F as "unsecured nonpriority," or listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by a Debtor of the legal rights of the claimant or a waiver of any of Debtors' right to recharacterize or reclassify such claim or contract. The Debtors reserve the right to amend the Schedules and SOFAs and to recharacterize or reclassify any such contract or claim whether by amending the Schedules and SOFAs or in another appropriate filing.

**Disputed, Contingent, and/or Unliquidated Claims**

Schedules D, E and F permit each of the Debtors to designate a claim as "disputed," "contingent" and/or "unliquidated." Any failure to designate a claim on the Debtors' Schedules as "disputed," "contingent" and/or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" and/or "unliquidated" or that such claim is not subject to objection. The Debtors reserve the right to dispute, or assert offsets or defenses to, any claim reflected on these Schedules as to amount, liability or classification or to otherwise subsequently designate any claim as "disputed," "contingent" and/or "unliquidated," whether by amending the Schedules and SOFAs or in another appropriate filing. Listing a claim does not constitute an admission by the Debtors of the claimant's legal rights or a waiver of the Debtors' right to recharacterize or reclassify the claim or contract. Additionally, the Debtors reserve their rights to object to any listed claims on the grounds that, among other things, they have already been satisfied.

**Schedule A - Real Property**

The Debtors reserve all of their rights, claims and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A or Schedule G, including their right to dispute or challenge the characterization or the structure of any transaction, document or instrument (including any

intercompany agreement) related to a creditor's claim. Except where otherwise noted, the Debtors have included the book value of owned real property assets, including owned coal reserves, held by each Debtor on Schedule A. Although not required, because leased coal reserves represent such a significant asset of the Debtors, the Debtors have also included the book value of leased coal reserves in Schedule A.  The Bankruptcy Court granted security interests in and liens upon, among other things, the Debtors' real property for the benefit of the lenders providing the DIP Facility (as defined below). The Debtors are continuing their review of all relevant documents and reserve the right to amend all Schedules at a later time as necessary, or otherwise recharacterize their interests in such real property at a later date. Further, due to the volume of the Debtors' real and personal property holdings, the Debtors may have listed certain assets as real property when such holdings are in fact in the nature of personal property holdings, or the Debtors may have listed certain assets as personal property assets when such holdings are in fact real property holdings. The Debtors reserve all of their rights to re-categorize and/or recharacterize such asset holdings at a later time to the extent the Debtors determine that such holdings were improperly listed.

**Schedule B - Personal Property**

The Debtors reserve their right to amend the values attributed to the assets recorded on Schedule B as necessary. Assets recorded as negative net payables or other prepayments are representative of credits owed from customers or third parties. Further, as stated above, due to the volume of Debtors' real and personal property holdings, the Debtors may have listed certain assets as real property assets when such assets are in fact in the nature of personal property, or the Debtors may have listed personal property assets when such holdings are in fact real property. Some inventory is held and maintained at third party terminals. The Debtors reserve their right to recategorize and/or recharacterize such asset holdings at a later time to the extent the Debtors determine that such holdings were improperly reported. Certain of the Debtors' machinery, fixtures, equipment, and supplies used in business are not capitalized in some situations and may not be listed on Schedule B.

**Schedule D - Creditors Holding Secured Claims**

Except as otherwise agreed pursuant to a stipulation, agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve their right to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including any intercompany agreement) related to such creditor's claim. In certain circumstances, a Debtor may be a co-obligor or guarantor with respect to the scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in Schedule D and/or the Global Notes shall be deemed a modification or interpretation of the terms of such agreements.  Except as specifically stated herein, real property lessors, utility companies and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve all of their rights, claims and causes of action with respect to claims associated with any contracts and agreements listed on Schedule D or Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument (including any intercompany agreement) related to a creditor's claim. Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.  As of the Petition Date, James River was the borrower under (a) a $100

million revolving credit agreement (the "**Pre-Petition Credit Facility**").  The Prepetition Credit Facility provided for the issuance of letters of credit and direct borrowings up to $100 million, subject to a borrowing basis, which as of the Petition Date was $71.4 million.  As of the Petition Date, $64.7 million in letters of credit had been issued under the Prepetition Credit Facility, reducing on a dollar-for-dollar basis the amount that would otherwise be available for borrowing.  James River has since obtained post-petition financing (the "**DIP Facility**") consisting of a term loan in an aggregate amount of approximately $110.0 million.  Substantially all of the other Debtors guarantee James River's obligations under the DIP Facility.  The Debtor's initial borrowing under the DIP Facility was made on April 10, 2014 in the amount of $80 million and second borrowing under the DIP Facility was made on June 13, 2014 in the amount of $30 million.  James River used a portion of the proceeds from the DIP Facility, among other things, (i) to fund the operational and working capital needs of the Debtors, (ii) pay fees, costs and expenses incurred by the Debtors in connection with their Chapter 11 cases and (iii) pay in full certain prepetition debt and cash collateral letters of credit issued under the Debtors' prepetition credit agreement.

**Schedule E - Creditors Holding Unsecured Priority Claims**

All claims listed on the Debtors' Schedule E are claims owed to various taxing authorities. However, certain of the tax claims may be subject to on-going audits, and the Debtors are otherwise unable to determine with certainty the amount of many, if not all, of the remaining claims listed on Schedule E. Therefore, the Debtors have listed all such claims as undetermined in amount, pending final resolution of on-going audits or outstanding issues. In addition, there may be other numerous contingent, unliquidated claims from state taxing authorities, not all of which are listed. The Debtors reserve the right to liquidate and pay prepetition and post-petition tax claims as outlined in the Taxes and Fees Motion. Except for a few individuals that may be entitled to unsecured priority claims earned in the 180 day period prior to the Petition Date, the Debtors believe that most of the employee claims entitled to priority under the Bankruptcy Code were or will be paid pursuant to certain first day orders that authorized the payment of such claims. Accordingly, only employee-related claims by and against the Debtors for prepetition amounts due that have not been paid as of the time that the Schedules and SOFAs were prepared by the Debtors, including employee-related claims for items not authorized to be paid by order of the Bankruptcy Court, have been included in Schedules E or F for each Debtor, if applicable.

**Schedule F - Creditors Holding Unsecured Non-Priority Claims**

The Debtors have made reasonable efforts to report all general unsecured claims against the Debtors on Schedule F based upon the Debtors' existing books and records. The claims of individual creditors for among other things, products, goods or services are listed as either the lower of the amounts invoiced by the creditor or the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors. The Debtors reserve all rights with respect to any such credits and allowances including the right to assert claims objections and/or setoffs. The claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While commercially reasonable efforts have been made, determining the date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule F.  Schedule F does not include certain deferred charges, deferred liabilities, accruals or general reserves.  Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, they are reflected on the Debtors' books and records as required in accordance with GAAP.  Schedule F contains information regarding pending litigation involving the Debtors. In certain instances, the Debtor that is subject of the litigation is uncertain or undetermined. Where the named defendant is "James River" plus "et al.," the Debtors have listed such claim on Schedule F of James River. However, to the extent

that litigation involving a particular Debtor has been identified, information regarding that litigation is contained in Schedule F for that Debtor.

## Schedule G - Unexpired Leases and Executory Contracts

The businesses of the Debtors are complex. Although the Debtors' existing books, records, financial systems and contracts management systems have been relied upon to identify and schedule executory contracts for each of the Debtors and reasonable efforts have been made to ensure the accuracy of the Schedule G, inadvertent errors, omissions, or over-inclusion may have occurred. The Debtors reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement such Schedule, as necessary. The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppels, certificates, letters, memoranda and other documents, instruments and agreements that may not be listed on Schedule G, despite the Debtors' use of reasonable efforts to identify such documents. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider. Due to the volume of the Debtors' portfolio of contracts and leases, all documents entitled "lease" or "contract" have been included on Schedule G. Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not separately set forth on Schedule G. Certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease. The Debtors have included certain interests in real property such as easements, rights of way and other similar interests on Schedule G. The listing of such real property interests on Schedule G as "executory" does not constitute an admission by a Debtor that any such contract is executory. The Debtors reserve all rights to recategorize and/or recharacterize their interests in such real property at a later date, as necessary. Although not required, because leased coal reserves represent such a significant asset of the Debtors, the Debtors have also included the book value of leased coal reserves in Schedule A.

The Debtors are continuing their review of all relevant documents and expressly reserve their right to amend all Schedules at a later time as necessary and/or to challenge the classification of any agreement as an executory contract or unexpired lease in any appropriate filing. The Debtors further reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction document, or instrument (including any intercompany agreement) related to a creditor's claim.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the contracts, agreements and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained in every circumstance. In such cases, the Debtors made their best efforts to determine the correct Debtors' Schedule G on which to list such executory contract or unexpired lease. Certain of the executory contracts may not have been memorialized and could be subject to dispute. Each unexpired lease listed in Schedule G may include one or more ancillary documents, including but not limited to any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases. Executory contracts that are oral in nature, if any, have not been included on Schedule G. Schedule G does not constitute an admission that any such contract or agreement is an executory contract or unexpired lease. The Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed

on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument.

## Schedule H - Co-Debtors

In the ordinary course of their business, the Debtors are involved in pending litigation and claims arising out of certain ordinary business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross claims and counter-claims against other parties. Due to the volume of such claims, and because all such claims are contingent, disputed, and unliquidated, and listed elsewhere in the Schedules and SOFAs, such claims have not been set forth individually on Schedule H.  Schedule H reflects Guaranties by various Debtors of obligations of related affiliates. The Debtors may not have identified certain Guaranties that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. Certain of the Guaranties reflected on Schedule H may have expired or no longer be enforceable. Thus, the Debtors reserve their rights to amend the Schedules to the extent that additional Guaranties are identified or such Guaranties are discovered to have expired or are unenforceable, or to contest the validity or enforceability of the Guaranties in another filing.

## Claims of Third-Party Related Entities

Although the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to both such entity and its affiliates. Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and SOFAs shall similarly be considered as disputed, whether or not they are designated as such.

## Interest in Subsidiaries and Affiliates

Interests of each Debtor in its subsidiaries arise from the ownership of stock, partnership interests or membership interests, as applicable. The capital structure of James River and its subsidiary debtors as of March 31, 2014 is set forth in a diagram attached as a combined Schedule B13 and B14 for James River.

## Umbrella Agreements

A number of contracts listed in the Schedules and SOFAs are umbrella agreements that cover some or all of the Debtors. Such agreements have been listed in the Schedules and SOFAs of the Debtor that was the main signatory to the agreement, although more than one of the Debtors may be obligated under the agreement.

## Effect of Payments Made Pursuant to "First Day" Orders on Scheduled Claim Amount

The Bankruptcy Court has authorized the Debtors to pay various outstanding prepetition claims including certain payments to employees, critical vendors, foreign vendors, lien holders and taxing authorities. Where the Schedules list creditors and set forth the Debtors' scheduled amount of such claims, such scheduled amounts reflect amounts owed as of the Petition Date, adjusted for any postpetition payments made on account of such claims pursuant to the authority granted to the Debtors by the Bankruptcy Court. Thus, Schedule F generally does not include prepetition liabilities that have been paid under these first day orders. However, the estimate of claims set forth in the Schedules may not reflect assertions by the

Debtors' creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or orders of the Bankruptcy Court.

**Pension Obligations for Active and Retired Employees**

Certain of the Debtors' potential liabilities as of the Petition Date represent the estimated costs to provide benefits under a non-contributory defined benefit pension plan under which all benefits were frozen in 2007.  The most recent actuarial valuation for the year ended December 31, 2013 valued the accumulated benefit obligation under this plan at approximately $90.1 million and fair value of the plan assets at $73.9 million.

**Workers' Compensation Claims and Other Employment-Related Actions and Charges**

The Debtors are subject to the Federal Coal Mine Health and Safety Act of 1969 (the "**Black Lung Act**") and other workers' compensation laws in the states in which they operate. Under the Black Lung Act, such Debtors are required to provide benefits to their current and former coal miners (and certain of their qualified dependents) suffering from coal workers' pneumoconiosis, an occupational disease often referred to as black lung disease.  The Debtors estimate that their Black Lung Act liabilities total approximately $66.4 million as of the petition date.  Further, the Debtors believe their future obligations under the Black Lung Act may increase as a result of the Patient Protection and Affordable Care Act, which was enacted in 2010 and amended the Black Lung Act.  Separately, the Debtors have posted approximately $91.6 million in letters of credit and/or bonds to secure their liabilities with respect to workers' compensation.  The Debtors estimate that their workers' compensation liabilities total approximately $68.2 million as of the petition Date.  The workers' compensation obligations are broken out among the applicable Debtor entities and have been listed on their respective Schedule Fs as undetermined individual amounts. The Debtors have made no attempt to disaggregate such liabilities on an individual-by-individual basis for purposes of Schedule F.  In addition, other employment-related actions and charges are excluded from the Debtors' SOFAs.

**Reservation of Rights**

The corporate structure of the Debtors is extraordinarily complex. The Debtors have used reasonable efforts to ensure accuracy in attributing the information listed in the Schedules and SOFAs to the correct Debtor; however, subsequent information or discovery may result in material changes to the Schedules and SOFAs and inadvertent errors, omissions or inaccuracies may exist. The Debtors reserve all rights to amend or supplement their Schedules and SOFAs. Listing a claim or a contract with a particular Debtor does not constitute an admission by such Debtor of the legal rights of the claimant, or a waiver of the Debtors' right to disclaim such claim or contract as attributable to such Debtor. The Debtors reserve the right to amend the Schedules and SOFAs, and to relist any contract or claim with another Debtor and/or to remove such contract or claim from the Schedules and SOFAs whether by amending the Schedules and SOFAs or in another appropriate filing.

**SOFAs Item 3(b) – 90 Day Payments**

The dates set forth in the "Date of Payment" column relate to one of the following: (a) the date of a wire transfer; (b) the date of an "ACH" payment; or (c) the check date. In general, disbursements are made by James River and recorded to the proper entity with the liability through intercompany journal entries. For the purpose of this schedule, all of these payments are recorded on James River's SOFA Item 3(b) except where otherwise noted in the response of a particular Debtor to SOFA Item 3(b). In addition to the payments disclosed in response to this Item, the Debtors periodically replenish "petty cash" working

accounts held locally by some entities. Disbursements from these working accounts, held by various Debtors, to third party payees are included in this Item but the intercompany replenishment transactions are not.  The Debtors process their own payroll and the related payments to employees have not been included.

## SOFAs Item 4 - Litigation

There are several pending litigation matters that are believed to have potential recoveries. The actual amount of these litigation matters is contingent on the outcome of the cases. The Debtors routinely participate in administrative actions and appeals with state agencies regarding permits in the ordinary course of their business and they have identified those administrative actions that were pending within one year of the Petition Date. In addition, pending litigation matters, not including any administrative actions and appeals that are responsive to both Items 4 and 17 are identified in responses to Item 17.

## SOFAs Item 10(b) – Other Transfers

Certain assets of certain of the Debtors were transferred to a liquidating trust pursuant to a chapter 11 plan of reorganization that became effective on May 6, 2004 in connection with such Debtors' prior chapter 11 proceedings.  None of the Debtors was or is a beneficiary to such trust.

## SOFAs Item 13 – Set-Offs

The Debtors routinely incur set-offs during the ordinary course of business. Set-offs in the ordinary course can result from various items including intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties and other transaction true-ups. These normal set-offs are consistent with the ordinary course of business in the Debtors' industry and can be particularly voluminous, making it unduly burdensome and costly for the Debtors to list all normal set-offs. Therefore, normal set-offs are excluded from the Debtors' responses to Item 13 of the SOFAs except where otherwise noted in the response of a particular Debtor to SOFA Item 13.

## SOFAs Item 14 - Property Held for Another Person

In the ordinary course of business, James River enters into consignment agreements (the "**Consignment Agreements**") on behalf of certain of the Debtors with some of their vendors. Under the Consignment Agreements, the Debtors take possession but not title to various materials and supplies, including parts and components of various mining and mining-related equipment (the "**Consigned Assets**"). Title to the Consigned Assets does not transfer to the Debtors, and the Debtors are not obligated to pay for the Consigned Assets until the Consigned Assets are placed in service.

## SOFAs Item 17 - Environmental Information

The Debtors have operated in many locations. At some locations, the Debtors no longer have any operations and may no longer have relevant records or the records may no longer be complete or reasonably accessible or reviewable. Some individuals who once possessed responsive information are no longer employed by the Debtors. For all these reasons, it may not be possible to identify and supply the requested information for every "site" and "proceeding" literally responsive to Item 17. The Debtors have devoted substantial internal and external resources to identifying and providing the requested information for as many responsive sites and proceedings as reasonably possible. The Debtors may supplement or amend this response in the future. Due to the number of potentially responsive matters, the practical burdens in compiling information on inactive matters and the presumably lower relevance of information on inactive matters, information is presented only for matters that have been active within the last few

years and that the Debtors do not consider to be closed. When some requested categories of information were not reasonably available for a listed "site" or "proceeding," the Debtors' response gives as much information as was reasonably available. When a site is the subject of a proceeding, settlement or order listed in the response to Item 17(c), the site and notices related to it are not also listed in the responses to Item 17(a) or 17(b). Similarly, sites that are listed in the response to Item 17(a) (sites for which the Debtors have received notice from a governmental unit) are not repeated in response to Item 17(b) (sites for which the Debtors have provided notice to a governmental unit). To avoid duplication, notices are not listed to the extent they refer to another notice or proceeding already identified in 17(a), (b) or (c). This response does not include sites or proceedings related to non-environmental laws such as occupational safety and health laws or transportation laws. The Debtors make routine reports and submissions concerning discharges resulting from normal operations consistent with regulatory requirements, such as discharge monitoring reports, toxic release inventory submissions and submissions concerning air emissions. This response is limited to those reports and submissions that identify uncontrolled releases and hazardous materials and does not purport to identify all routine reports and submissions.

## SOFAs Item 19(b) – Auditors

The consolidated books of account and records of James River and its subsidiaries have been and continue to be audited by KPMG, LLP.

KPMG, LLP
1021 East Cary Street
Richmond, VA 23219-4023
Date of services rendered: 2012 to Present

## SOFAs Item 19(d) - Books, Records and Financial Statements

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, James River and its subsidiaries have filed with the SEC reports on Form 8-K, Form 10-Q, and Form 10-K. These SEC filings contain consolidated financial information.  Because the SEC filings are of public record, James River does not maintain records of the parties that requested or obtained copies of any of the SEC filings from the SEC or James River. In addition, James River provides certain parties, such as banks, auditors, potential investors, vendors and financial advisors financial statements that may not be part of a public filing.  James River does not maintain complete lists to track such disclosures. As such, James River has not provided lists of these parties in response to this question.

# UNITED STATES BANKRUPTCY COURT

## Eastern District of Virginia

In re:   JAMES RIVER COAL COMPANY _____    Case No.   14-31848 _____

                                        Debtor    Chapter    11 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $0.00 | | |
| B - Personal Property | YES | 5 | $224,968,587.69 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 4 | | $64,731,988.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 6 | | Undetermined | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 15 | | $821,452,223.27 | |
| G - Executory Contracts and Unexpired Leases | YES | 11 | | | |
| H - Codebtors | YES | 12 | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | |
| | | 54 | $224,968,587.69 | $886,184,211.27 | |

In re:  JAMES RIVER COAL COMPANY _____    Case No.   14-31848 _____

_____Debtor_____    (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |

In re:   JAMES RIVER COAL COMPANY                                    Case No.   14-31848
                                    Debtor                                                (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  CASH ON HAND. | | | | |
| 2.  CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT, OR SHARES IN BANKS, SAVINGS AND LOAN, THRIFT, BUILDING AND LOAN, AND HOMESTEAD ASSOCIATIONS, OR CREDIT UNIONS, BROKERAGE HOUSES, OR COOPERATIVES. | | UBS RESTRICTED CASH ESCROW<br><br>WELLS FARGO - 1379 CONCENTRATION<br><br>MORGAN STANLEY - -529 RESTRICTED CASH ESCROW<br><br>WELLS FARGO - 1232 LOCKBOX - RECEIVABLES | | $38,249,066.64<br><br>$13,280,035.66<br><br>$8,648,752.10<br><br>$748,081.47 |
| 3.  SECURITY DEPOSITS WITH PUBLIC UTILITIES, TELEPHONE COMPANIES, LANDLORDS, AND OTHERS. | | SECURITY DEPOSITS - AIG<br><br>SECURITY DEPOSITS - HINES RIVERFRONT | | $40,000.00<br><br>$23,026.59 |
| 4.  HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO, VIDEO, AND COMPUTER EQUIPMENT. | X | | | |
| 5.  BOOKS, PICTURES AND OTHER ART OBJECTS, ANTIQUES, STAMP, COIN, RECORD, TAPE, COMPACT DISC, AND OTHER COLLECTIONS OR COLLECTIBLES. | X | | | |
| 6.  WEARING APPAREL. | X | | | |
| 7.  FURS AND JEWELRY. | X | | | |

In re:  JAMES RIVER COAL COMPANY                                   Case No.    14-31848
_____                          _____
                    Debtor                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 8.  FIREARMS AND SPORTS, PHOTOGRAPHIC, AND OTHER HOBBY EQUIPMENT. | X | | | |
| 9.  INTERESTS IN INSURANCE POLICIES. NAME INSURANCE COMPANY OF EACH POLICY AND ITEMIZE SURRENDER OR REFUND VALUE OF EACH. | X | | | |
| 10. ANNUITIES.  ITEMIZE AND NAME EACH INSURER. | X | | | |
| 11. INTERESTS IN AN EDUCATION IRA AS DEFINED IN 26 U.S.C. § 530(b)(1) OR UNDER A QUALIFIED STATE TUITION PLAN AS DEFINED IN 26 U.S.C. § 529(b)(1). GIVE PARTICULARS.  (FILE SEPARATELY THE RECORD(S) OF ANY SUCH INTEREST(S). 11 U.S.C. § 521(c)  RULE 1007(B)) | X | | | |
| 12. INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION OR PROFIT SHARING PLANS.  ITEMIZE. | X | | | |
| 13. STOCK AND INTERESTS IN INCORPORATED BUSINESSES.  ITEMIZE. | | BDCC HOLDING COMPANY, INC. (100%) | | UNKNOWN |
| | | BELL COUNTY COAL CORPORATION (100%) | | UNKNOWN |
| | | BLEDSOE COAL CORPORATION (100%) | | UNKNOWN |
| | | IRP LP HOLDCO, INC. (100%) | | UNKNOWN |
| | | JAMES RIVER COAL SALES, INC. (100%) | | UNKNOWN |
| | | JAMES RIVER COAL SERVICE COMPANY (100%) | | UNKNOWN |
| | | JAMES RIVER ESCROW INC. (100%) | | UNKNOWN |
| | | JOHNS CREEK ELKHORN COAL CORPORATION (100%) | | UNKNOWN |
| | | LEECO, INC. (100%) | | UNKNOWN |
| | | TRIAD MINING, INC. (100%) | | UNKNOWN |
| 14. INTERESTS IN PARTNERSHIPS OR JOINT VENTURES.  ITEMIZE. | X | | | |

In re:  JAMES RIVER COAL COMPANY    Case No.  14-31848

Debtor    (if known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. GOVERNMENT AND CORPORATE BONDS AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS. | X | | | |
| 16. ACCOUNTS RECEIVABLE. | | INTERCOMPANY RECEIVABLES - LEECO, INC. | | $61,659,044.16 |
| | | INTERCOMPANY RECEIVABLES - BLEDSOE COAL LEASING COMPANY | | $55,392,362.14 |
| | | INTERCOMPANY RECEIVABLES - TRIAD MINING, INC. | | $11,150,965.11 |
| | | INTERCOMPANY RECEIVABLES - JAMES RIVER COAL SALES, INC. | | $9,986,769.69 |
| | | INTERCOMPANY RECEIVABLES - MCCOY ELKHORN COAL CORPORATION | | $8,889,550.26 |
| | | INTERCOMPANY RECEIVABLES - JAMES RIVER COAL SERVICE COMPANY | | $7,487,223.82 |
| | | INTERCOMPANY RECEIVABLES - BELL COUNTY COAL CORPORATION | | $6,195,752.46 |
| | | INTERCOMPANY RECEIVABLES - BLUE DIAMOND COAL COMPANY | | $2,057,123.49 |
| | | INTERCOMPANY RECEIVABLES - INTERNATIONAL RESOURCE PARTNERS LP | | $530,902.00 |
| | | ACCOUNTS RECEIVABLE - OTHER | | $14,432.53 |
| | | INTERCOMPANY RECEIVABLES - LAUREL MOUNTAIN RESOURCES LLC | | $9,494.11 |
| 17. ALIMONY, MAINTENANCE, SUPPORT, AND PROPERTY SETTLEMENTS TO WHICH THE DEBTOR IS OR MAY BE ENTITLED. GIVE PARTICULARS. | X | | | |
| 18. OTHER LIQUIDATED DEBTS OWING DEBTOR INCLUDING TAX REFUNDS.  GIVE PARTICULARS. | | NET INCOME TAX RECEIVABLE | | $374,827.00 |
| 19. EQUITABLE OR FUTURE INTERESTS, LIFE ESTATES, AND RIGHTS OR POWERS EXERCISABLE FOR THE BENEFIT OF THE DEBTOR OTHER THAN THOSE LISTED IN SCHEDULE OF REAL PROPERTY. | X | | | |

In re:  JAMES RIVER COAL COMPANY                                                  Case No.   14-31848
_____                          _____
                                    Debtor                                                                       (if known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20 CONTINGENT AND NON-CONTINGENT INTERESTS IN ESTATE OF A DECEDENT, DEATH BENEFIT PLAN, LIFE INSURANCE POLICY, OR TRUST. | X | | | |
| 21. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE, INCLUDING TAX REFUNDS, COUNTERCLAIMS OF THE DEBTOR, AND RIGHTS TO SETOFF CLAIMS.  GIVE ESTIMATED VALUE OF EACH. | X | | | |
| 22. PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY.  GIVE PARTICULARS. | | TRADEMARK - JAMES RIVER COAL COMPANY REGISTRATION NO. 3257778 FILED ON JULY 6, 2005 | | UNKNOWN |
| 23. LICENSES, FRANCHISES, AND OTHER GENERAL INTANGIBLES.  GIVE PARTICULARS. | X | | | |
| 24. CUSTOMER LISTS OR OTHER COMPILATIONS CONTAINING PERSONALLY IDENTIFIABLE INFORMATION PROVIDED TO THE DEBTOR BY INDIVIDUALS IN CONNECTION WITH OBTAINING A PRODUCT OR SERVICE FROM THE DEBTOR PRIMARILY FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES. | X | | | |
| 25. AUTOMOBILES, TRUCKS, TRAILERS, OTHER VEHICLES AND ACCESSORIES. | X | | | |
| 26. BOATS, MOTORS, AND ACCESSORIES. | X | | | |
| 27. AIRCRAFT AND ACCESSORIES. | X | | | |
| 28. OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES. | | OFFICE FURNITURE & FIXTURES | | $142,083.24 |
| 29. MACHINERY, FIXTURES, EQUIPMENT AND SUPPLIES USED IN BUSINESS. | X | | | |
| 30. INVENTORY. | X | | | |
| 31. ANIMALS. | X | | | |

Schedule of Personal Property -
Sheet no. 4 of 5

In re:  JAMES RIVER COAL COMPANY _____     Case No.  __14-31848__
                          Debtor                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. CROPS - GROWING OR HARVESTED. GIVE PARTICULARS. | X | | | |
| 33. FARMING EQUIPMENT AND IMPLEMENTS. | X | | | |
| 34. FARM SUPPLIES, CHEMICALS, AND FEED. | X | | | |
| 35. OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED.  ITEMIZE. | | PREPAID - OTHER | | $45,300.00 |
| | | PREPAID - INSURANCE | | $43,795.22 |

Total          $224,968,587.69

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Schedule of Personal Property -
Sheet no. 5 of 5

In re:   JAMES RIVER COAL COMPANY                                    Case No.   14-31848
                            Debtor                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GENERAL ELECTRIC CAPITAL CORPORATION AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT 10 RIVERVIEW DRIVE DANBURY, CT  06810 | X | | SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT, DATED AS OF JUNE 30, 2011 - BORROWER<br><br>VALUE:  UNKNOWN | | X | | $64,731,988.00 | UNKNOWN |

Schedule of Creditors Holding Secured Claims -
Sheet no. 1 of 4

Subtotal
(Total of this page)     $64,731,988.00     UNKNOWN

In re:  JAMES RIVER COAL COMPANY                                              Case No.   14-31848
_____                                      _____
                    Debtor                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| AMANDA CAUDILL SMITH, ADMINISTRATRIX, AND BOBBY SMITH, JR., AS CO-ADMINISTRATOR OF THE ESTATE OF BOBBY LEE SMITH C/O CAMPBELL COLLINS & COLLINS PSC ATTN: RANDY A. CAMPBELL P.O. BOX 727 HINDMAN, KY  41822 | X | | UCC LIEN - PERSONAL INJURY SUIT | X | X | X | UNKNOWN | UNKNOWN |
| | | | VALUE:  UNKNOWN | | | | | |
| ACCOUNT NO. | | | | | | | | |
| CATERPILLAR FINANCIAL SERVICES CORPORATION 2120 WEST END AVENUE NASHVILLE, TN  37203 | X | | UCC LIEN - EQUIPMENT | | X | | UNKNOWN | UNKNOWN |
| | | | VALUE:  UNKNOWN | | | | | |
| ACCOUNT NO. | | | | | | | | |
| GENERAL ELECTRIC CAPITAL CORPORATION 10 RIVERVIEW DRIVE DANBURY, CT  06810 | | | UCC LIEN - EQUIPMENT | | X | | UNKNOWN | UNKNOWN |
| | | | VALUE:  UNKNOWN | | | | | |
| ACCOUNT NO. | | | | | | | | |
| GENERAL ELECTRIC CAPITAL CORPORATION 500 W MONROE ST, 12TH FLOOR CHICAGO, IL  60661 | X | | UCC LIEN - TRUE LEASE/ EQUIPMENT | | X | | UNKNOWN | UNKNOWN |
| | | | VALUE:  UNKNOWN | | | | | |
| ACCOUNT NO. | | | | | | | | |
| GENERAL ELECTRIC CAPITAL CORPORATION P.O. BOX 35701 BILLINGS, MT  59107-5701 | | | UCC LIEN - TRUE LEASE/ EQUIPMENT | | X | | UNKNOWN | UNKNOWN |
| | | | VALUE:  UNKNOWN | | | | | |

Schedule of Creditors Holding Secured Claims -
Sheet no. 2 of 4

| | Subtotal (Total of this page) | UNKNOWN | UNKNOWN |
|---|---|---|---|

In re: JAMES RIVER COAL COMPANY      Case No.   14-31848

          Debtor                                                 (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JEREMY JOHNSON, ETAL…<br>C/O CAMPBELL COLLINS & COLLINS PSC<br>ATTN: ADAM P. COLLINS, ESQ<br>P.O. BOX 727<br>HINDMAN, KY  41822 | X | | UCC LIEN - PROPERTY DAMAGE<br><br><br>VALUE:  UNKNOWN | X | X | X | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br><br>JIMMY R. HOLBROOK,JR.,ETAL…<br>C/O HON. OTIS DOAN, JR.<br>117 N FIRST STREET<br>HARLAN, KY  40831 | X | | UCC LIEN - NEGLIGENCE/PERSONAL INJURY SUIT<br><br>VALUE:  UNKNOWN | X | X | X | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br><br>MYRNA LOIS BROCK<br>1571 HIGHWAY 421<br>BLEDSOE, KY  40810 | X | | UCC LIEN - PROPERTY DAMAGE<br><br><br>VALUE:  UNKNOWN | X | X | X | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br><br>NALCO BANK<br>1601 W DIEHL ROAD<br>NAPERVILLE, IL  60563 | | | UCC LIEN - EQUIPMENT<br><br><br>VALUE:  UNKNOWN | | X | | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br><br>REPUBLIC BANK, INC.<br>1560 S. RENAISSANCE TOWNE DRIVE<br>SUITE 260<br>BOUNTIFUL, UT  84010 | X | | UCC LIEN - TRUE LEASE/ EQUIPMENT<br><br><br>VALUE:  UNKNOWN | | X | | UNKNOWN | UNKNOWN |

Schedule of Creditors Holding Secured Claims -
Sheet no. 3 of 4

Subtotal
(Total of this page)

| | |
|---|---|
| UNKNOWN | UNKNOWN |

In re: JAMES RIVER COAL COMPANY                                      Case No.    14-31848
_____                             _____
Debtor                                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RUDD EQUIPMENT CO.<br>4344 POPLAR LEVEL ROAD<br>LOUISVILLE, KY  40213 | X | | UCC LIEN - EQUIPMENT<br><br>VALUE:  UNKNOWN | | X | | UNKNOWN | UNKNOWN |

Schedule of Creditors Holding Secured Claims -
Sheet no. 4 of 4

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | UNKNOWN | UNKNOWN |
| Total<br>(Use only on last page) | $64,731,988.00 | UNKNOWN |

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re:  JAMES RIVER COAL COMPANY _____     Case No.   14-31848 _____
_____
Debtor

(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐     **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐     **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

In re:  JAMES RIVER COAL COMPANY                                    Case No.    14-31848
_____                              _____
Debtor                                                             (if known)

☐    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐    **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐    **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑    **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐    **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re:  JAMES RIVER COAL COMPANY        Case No.    14-31848
           Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.34012416<br><br>CITY OF LONDON<br>CITY HALL<br>501 SOUTH MAIN STREET<br>LONDON, KY  40741 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.34012443<br><br>CITY OF PIKEVILLE<br>ATTN:TONYA TAYLOR, FINANCE DIR<br>243 MAIN STREET<br>PIKEVILLE, KY  41501 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.34007971<br><br>CITY OF RICHMOND<br>PERSONAL PROPERTY TAXES<br>P.O. BOX 26624<br>RICHMOND, VA  23261-6624 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.<br><br>DEPARTMENT OF LABOR/MSHA<br>P.O. BOX 790390<br>ST LOUIS, MO  63179 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.34005389<br><br>DIVISION OF UNEMPLOYMENT<br>P.O. BOX 2003<br>FRANKFORT, KY  40602-2003 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.34007559<br><br>INDIANA DEPARTMENT OF REVENUE<br>P.O. BOX 7222<br>INDIANAPOLIS, IN  46207-7222 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.34000166<br><br>INTERNAL REVENUE SERVICE<br>PHILADELPHIA, PA  19255-0039 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |

Schedule of Creditors Holding Unsecured Priority Claims - Sheet no. 3 of 6

Subtotal (Totals of this page)

| UNKNOWN | UNKNOWN | UNKNOWN |
|---|---|---|

In re:  JAMES RIVER COAL COMPANY      Case No.   14-31848

                Debtor                                     (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.34005298 <br><br> KENTUCKY STATE TREASURER 1050 US HIGHWAY 127 SOUTH, SUITE 100 FRANKFORT, KY  40601 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.34007963 <br><br> KENTUCKY STATE TREASURER KENTUCKY DEPT. OF REVENUE FRANKFORT, KY  40619 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.34012088 <br><br> KENTUCKY STATE TREASURER PUBLIC SERVICE COMMISSION P.O. BOX 615 FRANKFORT, KY  40602-0615 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.34000142 <br><br> KENTUCKY STATE TREASURER REVENUE CABINET P.O. BOX 491 FRANKFORT, KY  40619-0002 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.34009209 <br><br> LAUREL COUNTY CLERK 101 SOUTH MAIN ROOM 203 LONDON, KY  40741 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.34012021 <br><br> LESLIE COUNTY CLERK P.O. BOX 916 HYDEN, KY  41749 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO. <br><br> LESLIE COUNTY OCCUPATION TAX OFFICE P.O. BOX 620 LONDON, KY  40743-0650 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |

Schedule of Creditors Holding Unsecured Priority Claims - Sheet no. 4 of 6

Subtotal (Totals of this page)    UNKNOWN    UNKNOWN    UNKNOWN

In re:  JAMES RIVER COAL COMPANY       Case No.  14-31848

_____
Debtor            (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> LFUCG <br> DIVISION OF REVENUE <br> P.O. BOX 14058 <br> LEXINGTON, KY  40512 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.34001123 <br> NORTH CAROLINA DEPARTMENT <br> P.O. BOX 25000 <br> RALEIGH, NC  27640-0520 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.34007542 <br> OHIO DEPARTMENT OF TAXATION <br> P.O. BOX 182215 <br> COLUMBUS, OH  43218-2215 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.34012367 <br> PERRY CO. CLERKS OFFICE <br> P.O. BOX 150 <br> HAZARD, KY  41702 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.34000851 <br> TENNESSEE DEPT OF REVENUE <br> ANDREW ACKSON STREET <br> OFFICE BLDG <br> 500 DEADERIEK STREET <br> NASHVILLE, TN  37242 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.34000244 <br> TREASURER OF VIRGINIA <br> STATE CORP COMMISSION <br> P.O. BOX 85022 <br> RICHMOND, VA  23261-5022 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.34002022 <br> UNITED STATES TREASURY <br> INTERNAL REVENUE SERVICE <br> PHILADELPHIA, PA  19255 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |

Schedule of Creditors Holding Unsecured Priority Claims - Sheet no. 5 of 6       Subtotal (Totals of this page)     | UNKNOWN | UNKNOWN | UNKNOWN |

In re:  JAMES RIVER COAL COMPANY                                    Case No.   14-31848
                          Debtor                                                  (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.34000072<br><br>VIRGINIA DEPARTMENT OF TAXATION<br>P.O. BOX 27264<br>RICHMOND, VA  23261-7264 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.34000156<br><br>VIRGINIA DEPT OF TAXATION<br>P.O. BOX 1777<br>RICHMOND, VA  23214-1777 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.34000089<br><br>VIRGINIA EMPLOYMENT COMMISSION<br>P.O. BOX C32077<br>RICHMOND, VA  23261-2077 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.34011361<br><br>WEST VIRGINIA SECRETARY OF STATE<br>1900 KANAWHA BLVD. EAST<br>BLDG. 1, SUITE 157-K<br>CHARLESTON, WV  25305 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.34000503<br><br>WEST VIRGINIA TAX DEPARTMENT<br>ACCOUNTING DIVISION<br>P.O. DRAWER 1667<br>CHARLESTON, WV  25326-1667 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |
| ACCOUNT NO.34011098<br><br>WEST VIRGINIA TAX DEPARTMENT<br>TAX ACCOUNT ADMIN., DIVISION<br>P.O. BOX 1202<br>CHARLESTON, WV  25324-1202 | | | TAXING AUTHORITY | | X | | UNKNOWN | UNKNOWN | UNKNOWN |

Schedule of Creditors Holding Unsecured Priority Claims -
Sheet no. 6 of 6

|  | | |
|---|---|---|
| Subtotal (Totals of this page) | UNKNOWN | UNKNOWN | UNKNOWN |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | UNKNOWN | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | UNKNOWN | UNKNOWN |

In re:  JAMES RIVER COAL COMPANY         Case No.   14-31848
                    Debtor                                               (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>APPALACHIAN POWER<br>P.O. BOX 24413<br>CANTON, OH  44701-4413 | | | TRADE PAYABLES | | | | $314.30 |
| ACCOUNT NO.<br><br>AQUATIC RESOURCES MANAGEMENT, LLC.<br>2265 HARRODSBURG ROAD<br>SUITE 100<br>LEXINGTON, KY  40504 | | | TRADE PAYABLES | | | | $400.00 |
| ACCOUNT NO.<br><br>ARH-HAZARD<br>ATTN: RICHARD D. SCHILLING & RACHEL J. MASON<br>P.O. BOX 498367<br>CINCINNATI, OH  45249 | | | LITIGATION | X | X | X | UNKNOWN |
| ACCOUNT NO.<br><br>AT&T MOBILITY<br>P.O. BOX 6463<br>CAROL STREAM, IL  60197-6463 | | | TRADE PAYABLES | | | | $771.85 |

Schedule of Creditors Holding Unsecured Nonpriority Claims - Sheet no. 1 of 15

Subtotal     $1,486.15

In re:  JAMES RIVER COAL COMPANY                                    Case No.   14-31848

_____Debtor_____                        _____(if known)_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>BARRET, HAYNES, MAY & CARTER, P.S.C.<br>P.O. DRAWER 1017<br>HAZARD, KY  41702-1017 | | | TRADE PAYABLES | | | | $315.00 |
| ACCOUNT NO.<br>BCN TELECOM, INC.<br>P.O. BOX 842840<br>BOSTON, MA  02284-2840 | | | TRADE PAYABLES | | | | $134.03 |
| ACCOUNT NO.<br>BEST IMAGES PRINTERS LTD<br>2735 BUFORD ROAD<br>RICHMOND, VA  23235 | | | TRADE PAYABLES | | | | $1,036.96 |
| ACCOUNT NO.<br>BLEDSOE COAL CORPORATION<br>ROUTE 2008, BOX 351A<br>BIG LAUREL, KY  40808 | | | INTERCOMPANY PAYABLES | | | | $200,337,467.39 |
| ACCOUNT NO.<br>BLUE ONE COMMUNICATIONS<br>P.O. BOX 506<br>LEXINGTON, KY  40588-0506 | | | TRADE PAYABLES | | | | $6,282.03 |
| ACCOUNT NO.<br>BROADRIDGE ICS<br>P.O. BOX 416423<br>BOSTON, MA  02241-6423 | | | TRADE PAYABLES | | | | $691.22 |
| ACCOUNT NO.<br>BROCK, MYRNA LOIS<br>ATTN: MARILYN BENGE MCGHEE, ESQUIRE<br>P.O. BOX 1408<br>LONDON, KY  40743 | | | LITIGATION | X | X | X | UNKNOWN |
| ACCOUNT NO.<br>BROCK, PAMELA<br>ATTN: TODD OPPEGARD, ESQUIRE<br>ATTORNEY-AT-LAW<br>P.O. BOX 22446<br>LEXINGTON, KY  40522 | | | LITIGATION | X | X | X | UNKNOWN |

Schedule of Creditors Holding Unsecured Nonpriority Claims -
Sheet no. 2 of 15

Subtotal          $200,345,926.63

In re:  JAMES RIVER COAL COMPANY _____  Case No.  14-31848 _____
                       Debtor                                                               (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BUSINESS FORMS SPECIALTY, INC.<br>615 REGIONAL DRIVE<br>P.O. BOX 9208<br>HAMPTON, VA  23670 | | | TRADE PAYABLES | | | | $5,021.60 |
| ACCOUNT NO.<br><br>CAP TRUST<br>P.O. BOX 536850<br>ATLANTA, GA  30353-6850 | | | TRADE PAYABLES | | | | $10,776.07 |
| ACCOUNT NO.<br><br>CARLSON SOFTWARE<br>102 W. SECOND ST. SUITE 200<br>MAYSVILLE, KY  41056 | | | TRADE PAYABLES | | | | $5,632.84 |
| ACCOUNT NO.<br><br>CAWOOD & JOHNSON, PLLC<br>ATTORNEYS AT LAW<br>108 W. KENTUCKY AVE.<br>PINEVILLE, KY  40977 | | | TRADE PAYABLES | | | | $17.50 |
| ACCOUNT NO.<br><br>CDW COMPUTER CENTERS, INC.<br>P.O. BOX 75723<br>CHICAGO, IL  606755723 | | | TRADE PAYABLES | | | | $7,239.54 |
| ACCOUNT NO.<br><br>CITY OF SOUTH CHARLESTON<br>P.O. BOX 8597<br>SOUTH CHARLESTON, WV  25303 | | | TRADE PAYABLES | | | | $116.64 |
| ACCOUNT NO.<br><br>COLLINS, REX<br>ATTN: PHILLIP D. BLAIR, ESQUIRE<br>C/O KIRK LAW FIRM, PLLC<br>KIRK BUILDING, U.S. 23 SOUTH, P.O. BOX 339<br>PAINTSVILLE, KY  41240 | | | LITIGATION | X | X | X | UNKNOWN |

Schedule of Creditors Holding Unsecured Nonpriority Claims - Sheet no. 3 of 15

Subtotal         $28,804.19

In re:  JAMES RIVER COAL COMPANY                          Case No.   14-31848
_____                          _____
Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>COMMONWEALTH TECHNOLOGY<br>1263 E. NEW CIRCLE ROAD<br>SUITE 110<br>LEXINGTON, KY  40505 | | | TRADE PAYABLES | | | | $891.42 |
| ACCOUNT NO.<br>COMPUTERSHARE,INC.<br>DEPT. CH 19228<br>PALATINE, IL  60055-9228 | | | TRADE PAYABLES | | | | $1,745.01 |
| ACCOUNT NO.<br>CONVEY COMPLIANCE SYSTEMS, INC.<br>9800 BREN RD. E., SUITE 300<br>MINNETONKA, MN  55343-4712 | | | TRADE PAYABLES | | | | $113.40 |
| ACCOUNT NO.<br>COOTS, CARL E., ET AL.<br>1552 CUTSTHIN ROAD<br>WHOOTON, KY  41776 | | | LITIGATION | X | X | X | UNKNOWN |
| ACCOUNT NO.<br>COX AVIATION, LLC<br>2960 AIRPORT RD<br>DEBORD, KY  41214 | | | TRADE PAYABLES | | | | $3,030.59 |
| ACCOUNT NO.<br>CREDE LAWN SERVICE, LLC<br>4234 TEAYS VALLEY ROAD<br>SCOTT DEPOT, WV  25560 | | | TRADE PAYABLES | | | | $386.90 |
| ACCOUNT NO.<br>CROSS CREEK INTERIORSCAPE<br>501 COURTHOUSE ROAD<br>NORTH CHESTERFIELD, VA  23236 | | | TRADE PAYABLES | | | | $388.68 |
| ACCOUNT NO.<br>CUMBERLAND VALLEY OFFICE SUPPLIERS, INC.<br>725 S. MAIN STREET<br>LONDON, KY  40741 | | | TRADE PAYABLES | | | | $66.78 |

Schedule of Creditors Holding Unsecured Nonpriority Claims -
Sheet no. 4 of 15

Subtotal        $6,622.78

In re:  JAMES RIVER COAL COMPANY _____    Case No.  14-31848 _____
                              Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> CXTEC <br> P.O. BOX 5211 - DEPT. 116003 <br> BINGHAMTON, NY  13902-5211 | | | TRADE PAYABLES | | | | $307.84 |
| ACCOUNT NO. <br> DELL MARKETING LP C/O DELL USA <br> P.O. BOX 802816 <br> PITTSBURGH, PA  15264-3561 | | | TRADE PAYABLES | | | | $13,912.63 |
| ACCOUNT NO. <br> DELTA NATURAL GAS COMPANY, INC. <br> P.O. BOX 593 <br> CORBIN, KY  40702 | | | TRADE PAYABLES | | | | $973.09 |
| ACCOUNT NO. <br> DIAMOND SPRINGS <br> P.O. BOX 38668 <br> RICHMOND, VA  23231 | | | TRADE PAYABLES | | | | $241.03 |
| ACCOUNT NO. <br> DINSMORE & SHOHL LLP <br> P.O. BOX 640635 <br> CINCINNATI, OH  45264-0635 | | | TRADE PAYABLES | | | | $3,216.60 |
| ACCOUNT NO. <br> EAST LAUREL WATER DISTRICT <br> P.O. BOX 726 <br> LONDON, KY  40741 | | | TRADE PAYABLES | | | | $87.19 |
| ACCOUNT NO. <br> ERNST & YOUNG <br> P.O. BOX 640382 <br> PITTSBURGH, PA  15264-0382 | | | TRADE PAYABLES | | | | $28,648.00 |
| ACCOUNT NO. <br> FEDERAL EXPRESS CORP <br> P.O. BOX 371461 <br> PITTSBURGH, PA  15250 | | | TRADE PAYABLES | | | | $629.34 |

Schedule of Creditors Holding Unsecured Nonpriority Claims -
Sheet no. 5 of 15

Subtotal    $48,015.72

In re:  JAMES RIVER COAL COMPANY                                    Case No.    14-31848
                          Debtor                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> FIDELITY INV INSTITUTIONAL OPS CO, INC <br> P.O. BOX 73307 <br> CHICAGO, IL  60673-7307 | | | TRADE PAYABLES | | | | $7,771.25 |
| ACCOUNT NO. <br> FIRST NATIONAL BANK OF MANCHESTER <br> ATTN: JAMES C. DAVIDSON <br> 120 TOWN SQUARE <br> MANCHESTER, KY  40962 | | | TRADE PAYABLES | | | | $12.00 |
| ACCOUNT NO. <br> FIRST PRINCIPAL PARTNERSHIP <br> 2809 RANCH ROAD <br> SOUTH CHARLESTON, WV  25303 | | | TRADE PAYABLES | | | | $1,560.00 |
| ACCOUNT NO. <br> GAMBLE, RONNIE <br> ATTN: PHILLIP D. BLAIR, ESQUIRE <br> C/O KIRK LAW FIRM, PLLC <br> KIRK BUILDING, U.S. 23 SOUTH, P.O. BOX 339 <br> PAINTSVILLE, KY  41240 | | | LITIGATION | X | X | X | UNKNOWN |
| ACCOUNT NO. <br> HAMPDEN COAL COMPANY, LLC <br> US ROUTE 52 S <br> GILBERT, WV  25621 | | | INTERCOMPANY PAYABLES | | | | $69,148.29 |
| ACCOUNT NO. <br> HINES RIVERFRONT PLAZA LP <br> P.O. BOX 281493 <br> ATLANTA, GA  30384-1493 | | | TRADE PAYABLES | | | | $5,583.31 |
| ACCOUNT NO. <br> HOLBROOK, JR., JIMMY R. ET AL. <br> ATTN: KAREN S. DAVENPORT <br> P.O. BOX 349 <br> HARLAN, KY  40831 | | | LITIGATION | X | X | X | UNKNOWN |

Schedule of Creditors Holding Unsecured Nonpriority Claims -
Sheet no. 6 of 15

Subtotal            $84,074.85

In re:  JAMES RIVER COAL COMPANY _____    Case No.  14-31848 _____
Debtor                                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> HURST OFFICE SUPPLIES <br> P.O. BOX 800 <br> LEXINGTON, KY  40588-0800 | | | TRADE PAYABLES | | | | $76.19 |
| ACCOUNT NO. <br> INTERCALL <br> P.O. BOX 281866 <br> ATLANTA, GA  30384-1866 | | | TRADE PAYABLES | | | | $91.22 |
| ACCOUNT NO. <br> INTRALINKS, INC. <br> P.O. BOX 10259 <br> NEW YORK, NY  10259-0259 | | | TRADE PAYABLES | | | | $6,346.10 |
| ACCOUNT NO. <br> IRON MOUNTAIN <br> P.O. BOX 27129 <br> NEW YORK, NY  10087-7129 | | | TRADE PAYABLES | | | | $890.15 |
| ACCOUNT NO. <br> JACKSON ENERGY COOPERATIVE <br> P.O. BOX 790 <br> ANNVILLE, KY  40402-0790 | | | TRADE PAYABLES | | | | $617.14 |
| ACCOUNT NO. <br> JACKSON KELLY PLLC, ATTORNEYS AT LAW <br> P.O. BOX 11276 <br> CHARLESTON, WV  25339 | | | TRADE PAYABLES | | | | $82,386.56 |
| ACCOUNT NO. <br> JAMES RIVER COAL COMPANY EMPLOYEES' PENSION PLAN <br> 901 E. BYRD STREET, SUITE 1600 <br> RICHMOND, VA  23219 | | | EMPLOYEE PENSION PLAN | X | X | | UNKNOWN |
| ACCOUNT NO. <br> JEFFREY WALTERS DBA LAUREL STORAGE <br> 662 RIDDINGS - MITCHELL CRK RD <br> LONDON, KY  40741 | | | TRADE PAYABLES | | | | $69.96 |

Schedule of Creditors Holding Unsecured Nonpriority Claims - Sheet no. 7 of 15

Subtotal       $90,477.32

In re:  JAMES RIVER COAL COMPANY                                                Case No.    14-31848
_____                          _____
                        Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JOHNS CREEK COAL COMPANY<br>901 E. BYRD STREET<br>SUITE 1600<br>RICHMOND, VA  23219 | | | INTERCOMPANY PAYABLES | | | | $100.00 |
| ACCOUNT NO.<br><br>JOHNSON, JEREMY<br>ATTN: ADAM P. COLLINS, ESQUIRE<br>C/O COLLINS & COLLINS P.S.C.<br>161 W. MAIN STREET, P.O. BOX 727<br>HINDMAN, KY  41822-0727 | | | LITIGATION | X | X | X | UNKNOWN |
| ACCOUNT NO.<br><br>JONES, WALTERS, TURNER & SHELTON PLLC<br>208 SECOND ST<br>P.O. BOX 1167<br>PIKEVILLE, KY  41502 | | | TRADE PAYABLES | | | | $16,262.72 |
| ACCOUNT NO.<br><br>KEITER, STEPHENS, HURST, GARY & SHREAVES<br>INNSBROOK CORPORATE CENTER<br>P.O. BOX 32066<br>RICHMOND, VA  23294-2066 | | | TRADE PAYABLES | | | | $1,425.00 |
| ACCOUNT NO.<br><br>KENTUCKY COAL ASSOCIATION<br>2800 PALUMBO DRIVE #200<br>LEXINGTON, KY  40509 | | | TRADE PAYABLES | | | | $14,503.05 |
| ACCOUNT NO.<br><br>KINNER & PATTON LAW OFFICES<br>328 EAST COURT STREET<br>PRESTONBURG, KY  41653 | | | TRADE PAYABLES | | | | $700.00 |
| ACCOUNT NO.<br><br>KPMG PEAT MARWICK LLP<br>DEPT. 0566<br>P.O. BOX 120001<br>DALLAS, TX  75312-0566 | | | TRADE PAYABLES | | | | $116,600.00 |

Schedule of Creditors Holding Unsecured Nonpriority Claims -
Sheet no. 8 of 15

Subtotal          $149,590.77

In re:  JAMES RIVER COAL COMPANY _____     Case No.   14-31848 _____
                                                    Debtor                                                                   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> LANHAM O'DELL & COMPANY, INC. <br> P.O. BOX 537 <br> HURRICANE, WV  25526 | | | TRADE PAYABLES | | | | $8,142.00 |
| ACCOUNT NO. <br><br> LANIER PARKING SOLUTIONS <br> P.O. BOX 102516 <br> ATLANTA, GA  30368-2516 | | | TRADE PAYABLES | | | | $20.00 |
| ACCOUNT NO. <br><br> LAZARD FRERES & CO., LLC <br> 30 ROCKEFELLER PLAZA <br> NEW YORK, NY  10020 | | | TRADE PAYABLES | | | | $899,447.50 |
| ACCOUNT NO. <br><br> LEVEL 3 COMMUNICATIONS, LLC <br> DEPARTMENT 182 <br> DENVER, CO  80291-0182 | | | TRADE PAYABLES | | | | $465.90 |
| ACCOUNT NO. <br><br> LOGAN & KANAWHA COAL CO., LLC <br> 901 E. BYRD STREET <br> SUITE 1600 <br> RICHMOND, VA  23219 | | | INTERCOMPANY PAYABLES | | | | $152,976,553.68 |
| ACCOUNT NO. <br><br> LONDON UTILITY COMMISSION <br> P.O. BOX 918 <br> LONDON, KY  40743-0918 | | | TRADE PAYABLES | | | | $75.98 |
| ACCOUNT NO. <br><br> LUMOS NETWORKS <br> P.O. BOX 11171 <br> CHARLESTON, WV  25339-1171 | | | TRADE PAYABLES | | | | $1,962.15 |
| ACCOUNT NO. <br><br> MAIL FINANCE <br> 25881 NETWORK PLACE <br> CHICAGO, IL  60673-1258 | | | TRADE PAYABLES | | | | $132.11 |

Schedule of Creditors Holding Unsecured Nonpriority Claims -
Sheet no. 9 of 15

Subtotal        $153,886,799.32

In re:   JAMES RIVER COAL COMPANY                                    Case No.   14-31848
_____                            _____
                    Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MAINTENANCE SPECIALTIES, INC.<br>184 RIVERBEND BLVD.<br>SAINT ALBANS, WV  25177-3552 | | | TRADE PAYABLES | | | | $1,800.98 |
| ACCOUNT NO.<br><br>MARLIN LEASING CORP.<br>P.O. BOX 13604<br>PHILADELPHIA, PA  19101-3604 | | | TRADE PAYABLES | | | | $60.84 |
| ACCOUNT NO.<br><br>MCGLADREY, LLP<br>5155 PAYSPHERE CIRCLE<br>CHICAGO, IL  60674-0051 | | | TRADE PAYABLES | | | | $4,064.20 |
| ACCOUNT NO.<br><br>MOTOR CARRIER SOLUTIONS<br>P.O. BOX 550<br>GRAYSON, KY  41143 | | | TRADE PAYABLES | | | | $2,199.86 |
| ACCOUNT NO.<br><br>MOUNTAINEER GAS CO.<br>P.O. BOX 5656<br>CHARLESTON, WV  25361-0656 | | | TRADE PAYABLES | | | | $412.48 |
| ACCOUNT NO.<br><br>NGAS PRODUCTION COMPANY<br>120 PROSPEROUS PLACE<br>SUITE 120<br>LEXINGTON, KY  40509-1866 | | | TRADE PAYABLES | | | | $2,954.54 |
| ACCOUNT NO.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY<br>ATTN: ASST. TREASURER AND CREDIT MANAGER<br>110 FRANKLIN ROAD<br>ROANOKE, VA  24042-0034 | X | | CREDIT GUARANTY | X | X | | $2,000,000.00 |
| ACCOUNT NO.<br><br>OFFICE DEPOT<br>P.O. BOX 633301<br>CINCINNATI, OH  45263-3301 | | | TRADE PAYABLES | | | | $151.75 |

Schedule of Creditors Holding Unsecured Nonpriority Claims -
Sheet no. 10 of 15

Subtotal        $2,011,644.65

In re:  JAMES RIVER COAL COMPANY                                   Case No.    14-31848
_____                                 _____
                    Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> OHIO DEPARTMENT OF TAXATION <br> P.O. BOX 182215 <br> COLUMBUS, OH 43218-2215 | | | TRADE PAYABLES | | | | $408.87 |
| ACCOUNT NO. <br> OSBORNE & HEABERLIN, P.S.C. <br> 119 EAST COURT STREET <br> PRESTONBURG, KY 41653 | | | TRADE PAYABLES | | | | $874.00 |
| ACCOUNT NO. <br> PAETEC <br> P.O. BOX 9001013 <br> LOUISVILLE, KY 40290-1013 | | | TRADE PAYABLES | | | | $66.00 |
| ACCOUNT NO. <br> PAXTON VAN LINES, INC. <br> P.O. BOX 50335 <br> RICHMOND, VA 23250-0335 | | | TRADE PAYABLES | | | | $1,562.16 |
| ACCOUNT NO. <br> PUBLICEASE, INC. <br> 7668 EL CAMINO REAL, 104-284 <br> CARLSBAD, CA 92009 | | | TRADE PAYABLES | | | | $397.00 |
| ACCOUNT NO. <br> RAJKOVICH, WILLIAMS, KILPATRICK & TRUE <br> 3151 BEAUMONT CENTRE CIRCLE <br> SUITE 375 <br> LEXINGTON, KY 40513 | | | TRADE PAYABLES | | | | $1,488.75 |
| ACCOUNT NO. <br> ROCKHOUSE CREEK DEVELOPMENT, LLC <br> US ROUTE 52 S <br> GILBERT, WV 25621 | | | INTERCOMPANY PAYABLES | | | | $148,452.01 |
| ACCOUNT NO. <br> SHAREHOLDER.COM <br> LOCKBOX 30200 <br> P.O. BOX 8500 <br> PHILADELPHIA, PA 19178-0200 | | | TRADE PAYABLES | | | | $12,354.11 |

Schedule of Creditors Holding Unsecured Nonpriority Claims - Sheet no. 11 of 15

Subtotal          $165,602.90

In re:  JAMES RIVER COAL COMPANY _____    Case No.   14-31848 _____
_____Debtor_____    _____(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SIDWELL CONSULTING COMPANY<br>P.O. BOX 1615<br>HAZARD, KY  41702 | | | TRADE PAYABLES | | | | $11,122.88 |
| ACCOUNT NO.<br><br>SMITH, AMANDA CAUDILL, ET AL<br>ATTN: RANDY A. CAMPBELL, ESQUIRE<br>C/O RANDY A CAMPBELL LAW OFFICE<br>P.O. BOX 1249<br>HINDMAN, KY  41822 | | | LITIGATION | X | X | X | UNKNOWN |
| ACCOUNT NO.<br><br>SOUTH CENTRAL KY JANITORIAL<br>346 ENTERPRISE DRIVE<br>SOMERSET, KY  42501 | | | TRADE PAYABLES | | | | $206.84 |
| ACCOUNT NO.<br><br>STAPLES ADVANTAGE<br>DEPT DC P.O. BOX 415256<br>BOSTON, MA  02241-5256 | | | TRADE PAYABLES | | | | $398.07 |
| ACCOUNT NO.<br><br>STIFEL, NICOLAUS & CO., INC.<br>ATTN: ANGELA OCKER<br>ONE FINANCIAL PLAZA<br>501 NORTH BROADWAY<br>ST. LOUIS, MO  63102 | | | TRADE PAYABLES | | | | $25,000.00 |
| ACCOUNT NO.<br><br>STOVER LEGAL GROUP, LLC<br>1842 SHOAL CREEK BLVD<br>DACATUR, GA  30032 | | | TRADE PAYABLES | | | | $37,500.00 |
| ACCOUNT NO.<br><br>THE NASDAQ STOCK MARKET, LLC<br>LOCK BOX 20200 / P.O. BOX 8500<br>PHILADELPHIA, PA  19178-0200 | | | TRADE PAYABLES | | | | $37,500.00 |

Schedule of Creditors Holding Unsecured Nonpriority Claims -
Sheet no. 12 of 15

Subtotal     | $111,727.79

In re:  JAMES RIVER COAL COMPANY _____    Case No.  14-31848 _____
_____
Debtor    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> THE SANITARY BOARD OF SOUTH CHARLESTON <br> P.O. BOX 8336 <br> SOUTH CHARLESTON, WV  25303-0336 | | | TRADE PAYABLES | | | | $22.53 |
| ACCOUNT NO. <br><br> THE SUPPLY ROOM COMPANIES, INC. <br> P.O. BOX 791416 <br> BALTIMORE, MD  21279-1416 | | | TRADE PAYABLES | | | | $42.06 |
| ACCOUNT NO. <br><br> THE SYSTEM SPECIALIST, INC. <br> P.O. BOX 40 <br> PHILPOT, KY  42366 | | | TRADE PAYABLES | | | | $5,140.00 |
| ACCOUNT NO. <br><br> TNCI <br> P.O. BOX 981038 <br> BOSTON, MA  02298-1038 | | | TRADE PAYABLES | | | | $1,242.59 |
| ACCOUNT NO. <br><br> TOTAL FUNDS BY HASLER <br> P.O. BOX 30193 <br> TAMPA, FL  33630-3193 | | | TRADE PAYABLES | | | | $2,860.49 |
| ACCOUNT NO. <br><br> TUCK MANAGEMENT GROUP, INC. <br> P.O. BOX 536 <br> KINGS PORT, TN  37662-0536 | | | TRADE PAYABLES | | | | $1,082.00 |
| ACCOUNT NO. <br><br> TYLER MOUNTAIN WATER CO., INC. <br> P.O. BOX 909 <br> NITRO, WV  25143 | | | TRADE PAYABLES | | | | $161.55 |
| ACCOUNT NO. <br><br> U.S. BANK NATIONAL ASSOCIATION <br> ATTN: SPECIALIZED FINANCE <br> 60 LIVINGSTON AVENUE <br> MAIL STATION—EP-MN-W52N <br> ST. PAUL, MN  55107-2292 | X | | 10% CONVERTIBLE BONDS DUE 2018 - BORROWER | | X | | $133,900,000.00 |

Schedule of Creditors Holding Unsecured Nonpriority Claims - Sheet no. 13 of 15

Subtotal    $133,910,551.22

In re:  JAMES RIVER COAL COMPANY                                                      Case No.   14-31848
_____                                      _____
Debtor                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> U.S. BANK NATIONAL ASSOCIATION <br> ATTN: SPECIALIZED FINANCE <br> 60 LIVINGSTON AVENUE <br> MAIL STATION—EP-MN-W52N <br> ST. PAUL, MN 55107-2292 | | | 3.125% CONVERTIBLE NOTE DUE 2018 - BORROWER | | X | | $13,300,000.00 |
| ACCOUNT NO. <br><br> U.S. BANK NATIONAL ASSOCIATION <br> ATTN: SPECIALIZED FINANCE <br> 60 LIVINGSTON AVENUE <br> MAIL STATION—EP-MN-W52N <br> ST. PAUL, MN 55107-2292 | | | 4.5% CONVERTIBLE NOTE DUE 2015 - BORROWER | | X | | $47,300,000.00 |
| ACCOUNT NO. <br><br> U.S. BANK NATIONAL ASSOCIATION <br> ATTN: SPECIALIZED FINANCE <br> 60 LIVINGSTON AVENUE <br> MAIL STATION—EP-MN-W52N <br> ST. PAUL, MN 55107-2292 | X | | 7.875% UNSECURED BOND DUE 2019 - BORROWER | | X | | $270,000,000.00 |
| ACCOUNT NO. <br><br> VERIZON <br> P.O. BOX 660720 <br> DALLAS, TX 75266-0720 | | | TRADE PAYABLES | | | | $104.99 |
| ACCOUNT NO. <br><br> VITAL RECORDS CONTROL OF KY., LLC <br> P.O. BOX 18802 <br> MEMPHIS, TN 38181-8802 | | | TRADE PAYABLES | | | | $224.33 |
| ACCOUNT NO. <br><br> WEST VIRGINIA AMERICAN WATER <br> P.O. BOX 371880 <br> PITTSBURGH, PA 15250-7880 | | | TRADE PAYABLES | | | | $72.58 |
| ACCOUNT NO. <br><br> WINDSTREAM <br> P.O. BOX 9001908 <br> LOUISVILLE, KY 40290-1908 | | | TRADE PAYABLES | | | | $1,478.70 |

Schedule of Creditors Holding Unsecured Nonpriority Claims -
Sheet no. 14 of 15

Subtotal          $330,601,880.60

In re:  JAMES RIVER COAL COMPANY         Case No.  14-31848

              Debtor                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> WINDSTREAM COMMUNICATIONS/NORLIGHT P.O. BOX 9001950 LOUISVILLE, KY  40290-1950 | | | TRADE PAYABLES | | | | $8,845.85 |
| ACCOUNT NO. <br><br> XEROX CORPORATION P.O. BOX 827181 PHILADELPHIA, PA  19182-7181 | | | TRADE PAYABLES | | | | $172.53 |

Schedule of Creditors Holding Unsecured Nonpriority Claims - Sheet no. 15 of 15

| | |
|---|---|
| Subtotal | $9,018.38 |
| Total <br> (Use only on last page of the completed Schedule F.) <br> (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | $821,452,223.27 |

In re:  JAMES RIVER COAL COMPANY      Case No.   14-31848

           Debtor            (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| A+ PORTABLE RESTROOMS ASSUMED NAME OF POSEY PORTABLES, LLC 1630 HAMPTON ROAD LONDON, KY  40741 | PRODUCTS AND SERVICES AGREEMENT CONTRACT #JRCC0001 EXECUTION DATE: 12/21/2012 |
| AAA MINE SERVICE AND AAA MINE SERVICE UNDERGROUND, INC. ATTN: DONALD FARLER, VP AND GM 18 MOUNTAIN VIEW DRIVE HAZARD, KY  41701 | PRODUCTS AND SERVICES AGREEMENT CONTRACT #JRCC0058 EXECUTION DATE: 4/1/2013 |
| ACTION PETROLEUM COMPANY, LTD. ATTN: DAN ISON P.O. BOX 609 PRESTONSBURG, KY  41653-0609 | FUEL SALES AND SERVICES AGREEMENT CONTRACT #JRCC0069 EXECUTION DATE: 9/20/2013 |
| AIRGAS USA, LLC P.O. BOX 532609 ATLANTA, GA  30353-2609 | PRODUCTS AND SERVICE AGREEMENT EXECUTION DATE: 1/22/2013 |
| APPALACHIAN MINING AND ENGINEERING, INC. ATTN: DAVID NEWMAN 116 VENTURE COURT, #10 LEXINGTON, KY  40511 | MASTER SERVICE AGREEMENT CONTRACT #JRCC0003 EXECUTION DATE: 1/10/2013 |
| APPALACHIAN WIRELESS 101 TECHNOLOGY TRAIL IVEL, KY  41642 | SERVICE AGREEMENT CONTRACT #JRCC0090 EXECUTION DATE: 6/3/2013 |
| AQUATIC RESOURCES MANAGEMENT LLC 2265 HARRODSBURG ROAD SUITE 210 LEXINGTON, KY  40504 | MASTER SERVICE AGREEMENT CONTRACT #JRCC0055 EXECUTION DATE: 11/1/2012 |
| ASSIST CORNERSTONE TECHNO 150 W/ CIVIC CENTER DRIVE SUITE 601 SANDY, UT  84070 | SOFTWARE MAINTENANCE AGREEMENT EXECUTION DATE: 1/1/2014 |
| AUSTIN POWDER APPALACHIAN LLC ATTN: HERMAN DEPAROPTERO 300 NORTH PAX AVENUE MT. HOPE, WV  25880 | PRODUCTS AND SERVICES AGREEMENT CONTRACT #JRCC0005 EXECUTION DATE: 1/1/2014 |

In re:  JAMES RIVER COAL COMPANY

Debtor

Case No.   14-31848

(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| BALL OFFICE MACHINE, INC. ATTN: TIMOTHY A. BALL P.O. BOX 293 HARLAN, KY  40831 | PRODUCTS AND SERVICES AGREEMENT CONTRACT #JRCC0071 EXECUTION DATE: 9/26/2013 |
| BLUEGRASS MATERIALS COMPANY, LLC ATTN: JEREMY GOAD OR RON BLEVINS 1700 PATRICK WAY, UNIT B BOWLING GREEN, KY  42104-4250 | PRODUCTS AND SERVICES AGREEMENT CONTRACT #JRCC0002 EXECUTION DATE: 11/1/2012 |
| BOCOOK ENGINEERING, INC. ATTN: DEWEY L. BOCOOK, JR. 312 TENTH STREET PAINTSVILLE, KY  41240 | MASTER SERVICE AGREEMENT CONTRACT #JRCC0005 EXECUTION DATE: 11/21/2012 |
| BRANDEIS MACHINERY & SUPPLY COMPANY 180 I WATTERSON TRAIL LOUISVILLE, KY 40299 | BRANDEIS RAPID RENTAL AGREEMENT CONTRACT #JRCC0007 EXECUTION DATE: 8/27/2012 |
| C&M GIANT TIRE SALES & SERVICE, LLC ATTN: HARLOS BREWER 980 WEST NEW CIRCLE ROAD LEXINGTON, KY  40511 | GENERAL SERVICES CONTRACT #JRCC0006 EXECUTION DATE: 10/14/2008 |
| C&M GIANT TIRE, LLC ATTN: DOUG CHAMBERS 980 WEST NEW CIRCLE ROAD LEXINGTON, KY  40511 | PRODUCTS AGREEMENT CONTRACT #JRCC0006 EXECUTION DATE: 8/31/2012 |
| CARROLL ENGINEERING COMPANY ATTN: ALLEN HAYWOOD 229 INDUSTRIAL PARK ROAD HARLAN, KY  40831 | PRODUCT AND SERVICES AGREEMENT CONTRACT #JRCC0011 EXECUTION DATE: 3/6/2014 |
| CARROLL ENGINEERING COMPANY ATTN: ALLEN HAYWOOD 229 INDUSTRIAL PARK ROAD HARLAN, KY  40831 | PRODUCTS AND SERVICES AGREEMENT CONTRACT #JRCC0011 EXECUTION DATE: 12/1/2013 |
| CARROLL ENGINEERING COMPANY ATTN: ALLEN HAYWOOD 229 INDUSTRIAL PARK ROAD HARLAN, KY  40831 | PRODUCTS AND SERVICES AGREEMENT CONTRACT #JRCC0011 EXECUTION DATE: 7/26/2012 |
| CBC ENGINEERS & ASSOCIATES, LTD. 125 WESTPARK ROAD CENTERVILLE, OH  45459 | MASTER SERVICE CONTRACT CONTRACT #JRCC0008 EXECUTION DATE: 5/5/2006 |
| CINTAS CORPORATION ATTN: RYAN GARD 6800 CINTAS BOULEVARD P.O. BOX 625737 CINCINNATI, OH  45262 | PRODUCTS AND SERVICES AGREEMENT CONTRACT #JRCC0080 EXECUTION DATE: 7/1/2013 |

In re:   JAMES RIVER COAL COMPANY                                    Case No.   14-31848
_____                              _____
                      Debtor                                                           (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CLT CONSTRUCTION COMPANY, LLC<br>ATTN: TOM TEAGUE<br>101 BROWDER LANE<br>P.O. BOX 159<br>JEFF, KY 41751 | MASTER SERVICES CONTRACT<br>CONTRACT #JRCC0075<br>EXECUTION DATE: 3/31/2009 |
| COALFIELD LUMBER CO., INC.<br>P.O. BOX 1656<br>ROUTE 645<br>INEZ, KY 41224 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0009<br>EXECUTION DATE: 11/1/2012 |
| CONN-WELD INDUSTRIES, INC.<br>ATTN: GREG TABOR<br>P.O. BOX 5329<br>PRINCETON, WV 24740 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0012<br>EXECUTION DATE: 1/15/2013 |
| CONSOLIDATED STEEL, INC.<br>P.O. BOX 110<br>POUNDING MILL, VA 24637 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0010<br>EXECUTION DATE: 9/21/2012 |
| COUNTRY BOY SEED, INC.<br>ATTN: ROY E. BARLOW<br>6685 GATE CITY HIGHWAY<br>BRISTOL, VA 24202 | PRODUCTS AGREEMENT<br>CONTRACT #JRCC0062<br>EXECUTION DATE: 2/11/2013 |
| CUMBERLAND MINE SERVICE<br>ATTN: CHUCK GARLAND<br>P.O. BOX 394<br>CUMBERLAND, KY 40823 | MASTER SERVICE CONTRACT<br>CONTRACT #JRCC0013<br>EXECUTION DATE: 7/22/2009 |
| D-A LUBRICANT COMPANY, INC.<br>ATTN: GISELA M. MILLER<br>801 EDWARDS DRIVE<br>LEBANON, IN 46052 | MINING FLUIDS<br>JRCC0048<br>EXECUTION DATE: 6/30/2013 |
| DELTA ELECTRIC, INC.<br>ATTN: ALLEN HAYWOOD<br>911 ENTERPRISE DRIVE<br>LOGAN, WV 25601 | PRODUCT AND SERVICES AGREEMENT<br>CONTRACT #JRCC0011<br>EXECUTION DATE: 3/6/2014 |
| DRILL STEEL SERVICES, INC.<br>ATTN: JAMEY HYLTON<br>4898 HWY 15<br>WHITESBURG, KY 41858-8582 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0056<br>EXECUTION DATE: 12/6/2013 |
| DRILL STEEL SERVICES, INC.<br>ATTN: JAMEY HYLTON<br>4898 HWY 15<br>WHITESBURG, KY 41858-8582 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0056<br>EXECUTION DATE: 4/1/2011 |
| DRIVES & CONVEYORS, INC.<br>3865 CUMBERLAND FALLS HIGHWAY<br>P.O. BOX 399<br>CORBIN, KY 40702 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0014<br>EXECUTION DATE: 4/17/2012 |

Schedule of Executory Contracts and Unexpired Leases -
Sheet no. 3 of 11

In re:  JAMES RIVER COAL COMPANY                                    Case No.   14-31848
_____                          _____
                        Debtor                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| DYNATECH ELECTRONICS, INC.<br>ATTN: MARK MIRACLE<br>P.O. BOX 884<br>HARLAN, KY  40831 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0015<br>EXECUTION DATE: 8/13/2012 |
| EASTERN SCREENS & DRIVES, INC.<br>ATTN: GARY BROTHERS<br>402 TEAYS BRANCH ROAD<br>PAINTSVILLE, KY  41240 | PRODUCTS AGREEMENT<br>CONTRACT #JRCC0016<br>EXECUTION DATE: 1/22/2013 |
| ECSI, LLC<br>ATTN: JAN AMOS<br>340 S. BROADWAY, SUITE 200<br>LEXINGTON, KY  40508 | MASTER SERVICE AGREEMENT<br>CONTRACT #JRCC0049<br>EXECUTION DATE: 3/18/2013 |
| EKENCO, INC.<br>300 CHIMNEY ROCK ROAD<br>HAZARD, KY  41701 | MASTER SERVICE AGREEMENT<br>CONTRACT #JRCC0054<br>EXECUTION DATE: 11/1/2012 |
| ELECTRONIC SYSTEMS (A XEROX COMPANY)<br>C/O HASLER FINANCIAL SERVICES LLC<br>3400 BRIDEG PARKWAY, SUITE 201<br>REDWOOD CITY, CA  94065 | EQUIPMENT LEASE |
| ENVIRONMENTAL STANDARDS, INC.<br>ATTENTION: GERALD L. KIRKPATRICK, MP<br>1140 VALLEY FORGE ROAD<br>P.O. BOX 810<br>VALLEY FORGE, PA  19482-0810 | MASTER SERVICE AGREEMENT<br>CONTRACT #JRCC0017<br>EXECUTION DATE: 2/11/2013 |
| EXPRESS SCRIPTS, INC.<br>21653 NETWORK PLACE<br>CHICAGO, IL  60673-1216 | PHARMACY BENEFIT MANAGEMENT AGREEMENT<br>EXECUTION DATE: 11/5/2013 |
| FAST STAFF, LLC<br>ATTN: LINDSAY SIMS<br>601 MAIN STREET<br>SUITE 102<br>HAZARD, KY  41701 | SECURITY GUARD AGREEMENT<br>CONTRACT #JRCC0081<br>EXECUTION DATE: 10/27/2009 |
| FRASURE, TIMOTHY F<br>ADDRESS REDACTED | RETENTION AGREEMENT & CONFIDENTIALITY AGREEMENT<br>EXECUTION DATE: 7/1/2013 |
| G&G COMMUNICATIONS, INC.<br>ATTN: DAVID GAMBILL<br>354 WILLIAMS BRANCH ROAD<br>HAZARD, KY  41701 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0082<br>EXECUTION DATE: 9/18/2012 |
| GE CAPITAL COMMERCIAL INC.<br>C/O GENERAL ELECTRIC CAPITAL CORPORATION<br>10 RIVERVIEW DRIVE<br>DANBURY, CT  06810 | LEASE AGREEMENT - ET17954<br>EXECUTION DATE: 5/1/2012 |

In re:  JAMES RIVER COAL COMPANY                                      Case No.   14-31848
_____                              _____
                        Debtor                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GE CAPITAL COMMERCIAL INC. C/O GENERAL ELECTRIC CAPITAL CORPORATION 10 RIVERVIEW DRIVE DANBURY, CT  06810 | LEASE AGREEMENT - ET17955 EXECUTION DATE: 5/1/2012 |
| GE CAPITAL COMMERCIAL INC. C/O GENERAL ELECTRIC CAPITAL CORPORATION 10 RIVERVIEW DRIVE DANBURY, CT  06810 | LEASE AGREEMENT - ET17956 EXECUTION DATE: 5/1/2012 |
| GE CAPITAL COMMERCIAL INC. C/O GENERAL ELECTRIC CAPITAL CORPORATION 10 RIVERVIEW DRIVE DANBURY, CT  06810 | LEASE AGREEMENT - ET17957 EXECUTION DATE: 5/1/2012 |
| GE CAPITAL COMMERCIAL INC. C/O GENERAL ELECTRIC CAPITAL CORPORATION 10 RIVERVIEW DRIVE DANBURY, CT  06810 | LEASE AGREEMENT - ET17958 EXECUTION DATE: 5/1/2012 |
| GE CAPITAL COMMERCIAL INC. C/O GENERAL ELECTRIC CAPITAL CORPORATION 10 RIVERVIEW DRIVE DANBURY, CT  06810 | LEASE AGREEMENT - ET17959 EXECUTION DATE: 5/1/2012 |
| GE CAPITAL COMMERCIAL INC. C/O GENERAL ELECTRIC CAPITAL CORPORATION 10 RIVERVIEW DRIVE DANBURY, CT  06810 | LEASE AGREEMENT - ET17960 EXECUTION DATE: 5/1/2012 |
| GE CAPITAL COMMERCIAL INC. C/O GENERAL ELECTRIC CAPITAL CORPORATION 10 RIVERVIEW DRIVE DANBURY, CT  06810 | LEASE AGREEMENT - ET17961 EXECUTION DATE: 5/1/2012 |
| GE CAPITAL COMMERCIAL INC. C/O GENERAL ELECTRIC CAPITAL CORPORATION 10 RIVERVIEW DRIVE DANBURY, CT  06810 | LEASE AGREEMENT - ET17962 EXECUTION DATE: 7/1/2012 |
| GE CAPITAL COMMERCIAL INC. C/O GENERAL ELECTRIC CAPITAL CORPORATION 10 RIVERVIEW DRIVE DANBURY, CT  06810 | LEASE AGREEMENT - ET17963 EXECUTION DATE: 7/1/2012 |
| GE CAPITAL COMMERCIAL INC. C/O GENERAL ELECTRIC CAPITAL CORPORATION 10 RIVERVIEW DRIVE DANBURY, CT  06810 | LEASE AGREEMENT - ET17964 EXECUTION DATE: 7/1/2012 |
| GE CAPITAL COMMERCIAL INC. C/O GENERAL ELECTRIC CAPITAL CORPORATION 10 RIVERVIEW DRIVE DANBURY, CT  06810 | LEASE AGREEMENT - ET17965 EXECUTION DATE: 7/1/2012 |

In re:  JAMES RIVER COAL COMPANY                               Case No.   14-31848
_____                                _____
                    Debtor                                                      (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| GENERAL RUBBER & PLASTICS COMPANY, INC.<br>ATTN: GARY CARTER<br>P.O. BOX 12737<br>LEXINGTON, KY  40583-2737 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0018<br>EXECUTION DATE: 1/8/2013 |
| GREEN MOUNTAIN HYDROSEEDING, INC.<br>ATTN: TIM WHEELER<br>1636 LITTLE MUD LICK ROAD<br>P.O. BOX 840<br>STAFFORDSVILLE, KY  41256 | SERVICES AGREEMENT<br>CONTRACT #JRCC0083<br>EXECUTION DATE: 9/15/2012 |
| HAWKINS BAILEY WAREHOUSE, INC.<br>1101 12TH STREET SUITE A<br>P.O. BOX 1143<br>BEDFORD, IN  47421 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0020<br>EXECUTION DATE: 9/21/2012 |
| HEALTHCARE SOLUTIONS, INC.<br>ATTN: THOMAS A. DARE, GENERAL COUNSEL<br>2736 MEADOW CHURCH ROAD, SUITE 300<br>DULUTH, GA  30097 | MASTER SERVICE AGREEMENT AND 1ST AMENDMENT<br>EXECUTION DATE: 5/26/2011 |
| HEARTLAND PETROLEUM, LLC<br>4001 E. 5TH AVENUE<br>COLUMBUS, OH 43219 | MASTER SERVICE CONTRACT<br>CONTRACT #JRCC0021<br>EXECUTION DATE: 8/22/2007 |
| HINES RIVERFRONT PLAZA LP<br>C/O HINES INTERESTS LIMITED PARTNERSHIP<br>ATTN: WILLIAM B. ALSUP, III<br>555 THIRTEENTH STREET, N.W. SUITE 1020 E<br>WASHINGTON, DC  20004 | DEED OF LEASE |
| HOWARD ENGINEERING AND GEOLOGY, INC.<br>P.O. BOX 271<br>2550 W. HIGHWAY 72<br>SUITE 1<br>HARLAN, KY  40831 | MASTER SERVICE AGREEMENT<br>CONTRACT #JRCC0072<br>EXECUTION DATE: 11/30/2012 |
| HUDSON GIANT TIRES, INC.<br>ATTN: PHILLIP OWENS<br>P.O. BOX 269<br>PAINTSVILLE, KY  41240 | PRODUCTS AGREEMENT<br>CONTRACT #JRCC0022<br>EXECUTION DATE: 9/4/2012 |
| INTERSTATE CHEMICAL CO. INC.<br>ATTN: J.J. WITT<br>2797 FREELAND ROAD<br>HERTIMAGE, PA  16148-0210 | PRODUCTS AGREEMENT<br>CONTRACT #JRCC0023<br>EXECUTION DATE: 7/24/2012 |
| J.H. FLETCHER & CO.<br>402 HIGH STREET<br>HUNTINGTON, WV  25722 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0065<br>EXECUTION DATE: 4/24/2013 |
| JADCO MANUFACTURING, INC.<br>P.O. BOX 465<br>ZELIENOPLE, PA  16063 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0024<br>EXECUTION DATE: 10/2/2012 |

In re:  JAMES RIVER COAL COMPANY                                           Case No.   14-31848
_____                              _____
                         Debtor                                                           (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| JAMES RIVER COAL COMPANY EMPLOYEES' PENSION PLAN<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA  23219 | EMPLOYEE PENSION PLAN |
| JARBOE TRUCKING<br>8886 S. HWY 25W<br>WILLIAMSBURG, KY  40769 | MASTER SERVICE CONTRACT<br>CONTRACT #JRCC0076<br>EXECUTION DATE: 2/4/2004 |
| JENNMAR CORPORATION<br>ATTN: DAN STATLER<br>258 KAPPA DRIVE<br>PITTSBURGH, PA  15238 | ROOF SUPPORT SUPPLY AGREEMENT<br>CONTRACT #JRCC0061<br>EXECUTION DATE: 8/1/2009 |
| JONES MINE REPAIR, LLC<br>ATTN: BILLY RAY JONES<br>148 BLUEBIRD LANE<br>WOODSON'S BRANCH ROAD<br>HYDEN, KY  41749 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0025<br>EXECUTION DATE: 8/6/2012 |
| JOY TECHNOLOGIES, LLC<br>D/B/A JOY GLOBAL UNDERGROUND MINING<br>ATTN: STAN JOHNSON<br>P.O. BOX 400<br>WINFIELD, AL  35594 | STRUCTURE CONTRACT<br>CONTRACT #JRCC0027<br>EXECUTION DATE: 11/1/2013 |
| KEYSTONE MINING SERVICE, LLC<br>ATTN: JOHN STANKUS, PRESIDENT<br>258 KAPPA DRIVE<br>PITTSBURGH, PA  15238 | ENGINEERING SERVICES AGREEMENT<br>CONTRACT #JRCC0061<br>EXECUTION DATE: 8/1/2009 |
| KIMES STEEL, INC.<br>ATTN: D. SHANNON KIMES, PRESIDENT<br>P.O. BOX 330<br>NEW HAVEN, WV  25265 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0028<br>EXECUTION DATE: 12/1/2012 |
| KING TRANSPORT COMPANY, INC.<br>ATTN: HAVEN KING<br>241 DEATON LOOP<br>CHAVIES, KY  41727 | MASTER SERVICE CONTRACT<br>CONTRACT #JRCC0043.<br>EXECUTION DATE: 6/3/2004 |
| LAWSON PRODUCTS, INC.<br>8770 WEST BRYN MAWR AVENUE<br>SUITE 900<br>CHICAGO, IL  60631-3515 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0029<br>EXECUTION DATE: 1/14/2013 |
| LAZARD FRERES & CO., LLC<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY  10020 | LETTER AGREEMENT<br>EXECUTION DATE: 3/21/2013 |
| LPM METALS & RECYCLING INC.<br>ATTN: PERRY MAVINIDIS<br>P.O. BOX 599<br>LOYALL, KY  40854 | MASTER SERVICE CONTRACT<br>CONTRACT #JRCC0030<br>EXECUTION DATE: 6/21/2004 |

In re:  JAMES RIVER COAL COMPANY                          Case No.    14-31848
_____          _____
                    Debtor                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MAIL FINANCE<br>25881 NETWORK PLACE<br>CHICAGO, IL  60673-1258 | LEASE AGREEMENT<br>LEASE DATE: 05/31/02 |
| MARLIN LEASING CORPORATION<br>OFFICE EQUIPMENT DIVISION<br>300 FELLOWSHIP ROAD<br>MT. LAUREL, NJ  08054 | LEASE AGREEMENT |
| MARVIN ARNETT<br>D/B/A ARNETT'S PUMP SERVICE<br>P.O. BOX 836<br>WEST VAN LEAR, KY  41268 | SERVICES AGREEMENT<br>CONTRACT #JRCC0004<br>EXECUTION DATE: 10/10/2012 |
| MINE SERVICE COMPANY, INC.<br>HWY 15 SOUTH<br>P.O. BOX 858<br>HAZARD, KY  41702-0858 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0033<br>EXECUTION DATE: 1/1/2013 |
| NALCO COMPANY<br>1601 WEST DIEHL ROAD<br>NAPERVILLE, IL  60563 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0044 |
| NALCO COMPANY<br>1601 WEST DIEHL ROAD<br>NAPERVILLE, IL  60563 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0046<br>EXECUTION DATE: 5/31/2012 |
| NATIONAL ARMATURE & MACHINE, INC.<br>ATTN: ANDREW WILLIAMSON, CFO<br>P.O. BOX 655<br>HOLDEN, WV  25625 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0067<br>EXECUTION DATE: 6/24/2013 |
| OFFICE DEPOT, INC.<br>ATTN. OFFICE OF THE GENERAL COUNSEL<br>6600 NORTH MILITARY TRAIL<br>BOCA RATON, FL  33496 | PRODUCTS AGREEMENT<br>JRCC0093<br>EXECUTION DATE: 3/12/2014 |
| OMNI MATERIALS, INC.<br>ATTN: WARD BLAKEFIELD<br>28 WEST 2ND STREET<br>MAYSVILLE, KY  41056 | PRODUCTS AGREEMENT<br>CONTRACT #JRCC0066<br>EXECUTION DATE: 4/22/2013 |
| OSBORNE, DAVID W.<br>ADDRESS REDACTED | RETENTION AGREEMENT & CONFIDENTIALITY AGREEMENT<br>EXECUTION DATE: 7/1/2013 |
| PERRY OIL CO INC<br>ATTN: JAMIE SMITH<br>P.O. BOX 1479<br>50 CENTURY CIRCLE<br>HAZARD, KY  41702 | FUEL SALES AND SERVICES AGREEMENT<br>CONTRACT #JRCC0070<br>EXECUTION DATE: 9/4/2013 |
| PETER T. SOCHA<br>ADDRESS REDACTED | EMPLOYMENT AGREEMENT<br>EXECUTION DATE: 5/7/2004 |

In re:  JAMES RIVER COAL COMPANY                                        Case No.   14-31848
_____                              _____
                    Debtor                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PICI, INC.<br>ATTN: PRESIDENT<br>P.O. BOX 998<br>CORBIN, KY  40701 | MASTER SERVICE CONTRACT<br>CONTRACT #JRCC0052<br>EXECUTION DATE: 5/24/2004 |
| PONTIKI COAL, LLC AND MC MINING, LLC<br>C/O MCCOY ELKHORN COAL CORPORATION<br>901 E BYRD STREET<br>SUITE 1600<br>RICHMOND, VA  23219-4080 | OVERRIDING ROYALTY AS PART OF AN ASSET PURCHASE AGREEMENT OF $.25 FOR EACH 2,000 POUNDS OF CLEAN COAL MINED AND REMOVED PURSUANT TO ANY OVERRIDING ROYALTY LEASE AS DESIGNATED IN THE ASSET PURCHASE AGREEMENT AND AN ADDITIONAL OVERRIDING ROYALTY OF $.50 FOR<br>EXECUTION DATE: 12/30/2002 |
| QUALITY MAGNETITE, LLC<br>ATTN: ALLEN BVARNEY<br>2620 BIG SANDY ROAD<br>KENOVA, WV  25530 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0035<br>EXECUTION DATE: 10/1/2012 |
| R. J. CORMAN DERAILMENT SERVICES, LLC<br>ATTN: NICK EDELEN<br>101 R.J. CORMAN DRIVE<br>NICHOLASVILLE, KY  40356 | DERAILMENT & RELATED SERVICES AGREEMENT<br>CONTRACT #JRCC0036<br>EXECUTION DATE: 1/9/2012 |
| R.M. JOHNSON ENGINEERING INC.<br>ATTN: RON JOHNSON<br>ROUTE 550E<br>P.O. BOX 444<br>HINDSMAN, KY  41822 | MASTER SERVICES AGREEMENT<br>CONTRACT #JRCC0057<br>EXECUTION DATE: 11/1/2013 |
| RAY COAL COMPANY, INC.<br>ATTN: PRESIDENT<br>C/O KRP LLC<br>300 BLACK GOLD BLVD., P.O. BOX 269<br>HAZARD, KY  41702 | OVERRIDING ROYALTY AS PART OF A COAL LEASE AGREEMENT OF $.25 PER TON OR 1% OF THE GROSS SALES PRICE, WHICHEVER IS GREATER<br>EXECUTION DATE: 2/6/1997 |
| RICHWOOD INDUSTRIES, INC.<br>707 WEST 7TH STREET<br>HUNTINGTON, WV  25704 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0084<br>EXECUTION DATE: 4/24/2013 |
| RUDD EQUIPMENT COMPANY<br>ATTN: ROBERT BRAMLETT, SVP, FINANCE<br>P.O. BOX 32427<br>LOUISVILLE, KY  40232 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0060<br>EXECUTION DATE: 3/21/2013 |
| S & S STEAM CLEANING, LLC<br>254 BEE BRANCH LANE<br>BONNYMAN, KY  41719 | MASTER SERVICE CONTRACT<br>CONTRACT #JRCC0077<br>EXECUTION DATE: 7/23/2009 |
| SAYLOR MINE BATTERY, INC.<br>ATTN: HUBERT SAYLOR<br>P.O. BOX 24<br>BAXTER, KY  40806 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0037<br>EXECUTION DATE: 2/24/2012 |
| SGS NORTH AMERICA, INC.<br>1815 ISLAND CREEK ROAD<br>PIKEVILLE, KY  41501 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0050<br>EXECUTION DATE: 10/10/2011 |

In re:  JAMES RIVER COAL COMPANY _____  Case No.  14-31848 _____

Debtor  (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SIMPSON & SONS SERVICE, INCORPORATED<br>ATTN: JEFF SIMPSON<br>P.O. BOX R<br>102 GOLF COURSE ROAD<br>CUMBERLAND, KY  40823 | PRODUCTS AGREEMENT<br>CONTRACT #JRCC0038<br>EXECUTION DATE: 7/19/2012 |
| SMITH TRUCKING LLC<br>P.O. BOX 129<br>FISTY, KY  41743 | MASTER SERVICE CONTRACT<br>CONTRACT #JRCC0075<br>EXECUTION DATE: 7/24/2009 |
| SOUTHERN APPALACHIAN MINE SUPPLY, INC.<br>9050 B EXECUTIVE PARK DRIVE<br>SUITE 100-B<br>KNOXVILLE, TN  37923-4616 | PRODUCTS AGREEMENT<br>CONTRACT #JRCC0085<br>EXECUTION DATE: 2/1/2013 |
| SPARTAN ROCK PRODUCTS, INC.<br>500 SOUTH MILL STREET<br>LEXINGTON, KY  40508 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0064<br>EXECUTION DATE: 4/25/2013 |
| STATE ELECTRIC SUPPLY COMPANY<br>ATTN: DARRIN JENKINS<br>2010 2ND AVENUE<br>HUNTINGTON, WV  25703 | PRODUCTS AGREEMENT<br>CONTRACT #JRCC0086<br>EXECUTION DATE: 3/4/2013 |
| STORM SECURITY LIMITED<br>P.O. BOX 927<br>LONDON, KY  40743-0927 | SECURITY GUARD AGREEMENT<br>CONTRACT #JRCC0087<br>(BDCC0003)<br>EXECUTION DATE: 10/2/2008 |
| STOWERS FIRE EXTINGUISHERS SALES<br>AND SERVICE, INC.<br>ATTN: ALLEN STOWERS<br>500 VICTORY LANE<br>WILLIAMSON, WV  25661 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0088<br>EXECUTION DATE: 4/19/2013 |
| STRATA MINING, INC.<br>ATTN: SHAWN COMBS<br>2880 HWY 610 WEST<br>P.O. BOX 54<br>VIRGIE, KY  41572 | MASTER SERVICE CONTRACT<br>CONTRACT #JRCC0078<br>EXECUTION DATE: 10/5/2011 |
| SUMMIT ENGINEERING INC.<br>ATTN: DAVID RASNICK, SEC.<br>131 SUMMIT DRIVE<br>PIKEVILLE, KY  41501 | MASTER SERVICE AGREEMENT<br>CONTRACT #JRCC0063<br>EXECUTION DATE: 2/20/2013 |
| THE SYSTEM SPECIALIST, INC.<br>P.O. BOX 40<br>PHILPOT, KY  42366 | SOFTWARE MAINTENANCE AGREEMENT<br>EXECUTION DATE: 4/5/2013 |
| TIM SHORT FORD<br>ASSUMED NAME OF MOUNTAIN FORD, INC.<br>ATTN: CHARLES G. FRAZIER, GM<br>107 ROCKWOOD LANE, P.O. BOX 857<br>HAZARD, KY  41701 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0089<br>EXECUTION DATE: 4/12/2013 |

Schedule of Executory Contracts and Unexpired Leases -
Sheet no. 10 of 11

In re:  JAMES RIVER COAL COMPANY                                    Case No.    14-31848
_____                          _____
Debtor                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| VERIZON WIRELESS<br>LEGAL & EXTERNAL AFFAIRS DEPT.<br>ATTN:HQ LEGAL - B2B CONTRACT ADMIN<br>ONE VERIZON WAY, VC52S401<br>BASKING RIDGE, NJ  07921-1097 | VERIZON WIRELESS ENTITY AGREEMENT<br>CONTRACT #JRCC0073<br>EXECUTION DATE: 6/4/2013 |
| VERIZON WIRELESS<br>LEGAL & EXTERNAL AFFAIRS DEPT.<br>ONE VERIZON WAY, VC52S401<br>ATTENTION: HQ LEGAL- B2B CONTRACT ADMIN<br>BASKING RIDGE, NJ  07920-1097 | AGREEMENT<br>CONTRACT #JRCC0073<br>EXECUTION DATE: 5/19/2011 |
| W&D CONTRACTORS<br>1848 OWENS BRANCH ROAD<br>SLEMP, KY  41763 | MASTER SERVICE CONTRACT<br>CONTRACT #JRCC0079<br>EXECUTION DATE: 5/1/2005 |
| WHAYNE SUPPLY COMPANY<br>P.O. BOX 35900<br>LOUSIVILLE, KY  40232-5900 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0089<br>EXECUTION DATE: 6/1/2013 |
| WINDSTREAM<br>ATTN: CORRESPONDNCE DIVISON<br>1720 GALLERIA BOULEVARD<br>CHAROLTTE, NC  28270 | AGREEMENT<br>CONTRACT #JRCC0074<br>EXECUTION DATE: 2/7/2014 |
| XEROX<br>ATTN: JASON LAKING<br>P.O. BOX 827181<br>PHILADELPHIA, PA  19182-7181 | PRINTER LEASE<br>EXECUTION DATE: 5/14/2012 |
| XPRESS CONVEYOR & VULCANIZING<br>ATTN: DARRYL HAYNES<br>P.O. BOX 1465<br>MIDDLESBORO, KY  40965 | MASTER SERVICE AGREEMENT<br>CONTRACT #JRCC0041<br>EXECUTION DATE: 7/27/2004 |
| XPRESS SERVICE & SALES, INC.<br>ATTN: DARRYL HAYNES<br>12744 KINGSTON PIKE, SUITE 202<br>KNOXVILLE, TN  37934 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0045<br>EXECUTION DATE: 1/1/2012 |
| XPRESS SERVICE & SALES, INC.<br>ATTN: DARRYL HAYNES<br>12744 KINGSTON PIKE, SUITE 202<br>KNOXVILLE, TN  37934 | PRODUCTS AND SERVICES AGREEMENT<br>CONTRACT #JRCC0045<br>EXECUTION DATE: 9/12/2012 |

In re:   JAMES RIVER COAL COMPANY _____   Case No.   14-31848 _____
                              Debtor                                                     (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BLUE DIAMOND COAL COMPANY<br>UCC LIEN - PERSONAL INJURY SUIT<br>HIGHWAY 699, 48 BEECH FORK ROAD<br>SLEMP, KY 41763-8800 | AMANDA CAUDILL SMITH, ADMINISTRATRIX, AND BOBBY SMITH, JR., AS<br>CO-ADMINISTRATOR OF THE ESTATE OF BOBBY LEE SMITH<br>C/O CAMPBELL COLLINS & COLLINS PSC<br>ATTN: RANDY A. CAMPBELL<br>P.O. BOX 727<br>HINDMAN, KY  41822 |
| LEECO, INC.<br>UCC LIEN - PERSONAL INJURY SUIT<br>14 LOGAN STREET<br>JEFF, KY 41751 | AMANDA CAUDILL SMITH, ADMINISTRATRIX, AND BOBBY SMITH, JR., AS<br>CO-ADMINISTRATOR OF THE ESTATE OF BOBBY LEE SMITH<br>C/O CAMPBELL COLLINS & COLLINS PSC<br>ATTN: RANDY A. CAMPBELL<br>P.O. BOX 727<br>HINDMAN, KY  41822 |
| TRIAD MINING, INC.<br>UCC LIEN - EQUIPMENT<br>1524 FREDERICA<br>OWENSBORO, KY 42302 | CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE, TN  37203 |
| BELL COUNTY COAL CORPORATION<br>UCC LIEN - TRUE LEASE/ EQUIPMENT<br>ROUTE 1, BOX 290<br>MIDDLESBORO, KY 40965 | GENERAL ELECTRIC CAPITAL CORPORATION<br>500 W MONROE ST, 12TH FLOOR<br>CHICAGO, IL  60661 |
| BLEDSOE COAL CORPORATION<br>UCC LIEN - TRUE LEASE/ EQUIPMENT<br>ROUTE 2008, BOX 351A<br>BIG LAUREL, KY 40808 | GENERAL ELECTRIC CAPITAL CORPORATION<br>500 W MONROE ST, 12TH FLOOR<br>CHICAGO, IL  60661 |
| BLUE DIAMOND COAL COMPANY<br>UCC LIEN - TRUE LEASE/ EQUIPMENT<br>HIGHWAY 699, 48 BEECH FORK ROAD<br>SLEMP, KY 41763-8800 | GENERAL ELECTRIC CAPITAL CORPORATION<br>500 W MONROE ST, 12TH FLOOR<br>CHICAGO, IL  60661 |
| JAMES RIVER COAL SERVICE COMPANY<br>UCC LIEN - TRUE LEASE/ EQUIPMENT<br>1374 HIGHWAY 192 EAST<br>LONDON, KY 40741-3123 | GENERAL ELECTRIC CAPITAL CORPORATION<br>500 W MONROE ST, 12TH FLOOR<br>CHICAGO, IL  60661 |
| BDCC HOLDING COMPANY, INC.<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT  06810 |
| BELL COUNTY COAL CORPORATION<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - BORROWER<br>ROUTE 1, BOX 290<br>MIDDLESBORO, KY 40965 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT  06810 |

Schedule of Codebtors -
Sheet no. 1 of 12

In re:  JAMES RIVER COAL COMPANY

Debtor

Case No.   14-31848

(if known)

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BLEDSOE COAL CORPORATION<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - BORROWER<br>ROUTE 2008, BOX 351A<br>BIG LAUREL, KY 40808 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT 06810 |
| BLEDSOE COAL LEASING COMPANY<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - BORROWER<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT 06810 |
| BLUE DIAMOND COAL COMPANY<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - BORROWER<br>HIGHWAY 699, 48 BEECH FORK ROAD<br>SLEMP, KY 41763-8800 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT 06810 |
| BUCK BRANCH RESOURCES LLC<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT 06810 |
| CHAFIN BRANCH COAL COMPANY, LLC<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - BORROWER<br>210 LARRY JOE HARLESS DRIVE<br>GILBERT, WV 25621 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT 06810 |
| EOLIA RESOURCES, INC.<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT 06810 |
| HAMPDEN COAL COMPANY, LLC<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - BORROWER<br>US ROUTE 52 S<br>GILBERT, WV 25621 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT 06810 |
| INTERNATIONAL RESOURCE PARTNERS LP<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - GUARANTOR<br>96 MACCORKLE AVENUE, SW<br>CHARLESTON, WV 25303 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT 06810 |
| INTERNATIONAL RESOURCES HOLDINGS I LLC<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - GUARANTOR<br>96 MACCORKLE AVENUE, SW<br>CHARLESTON, WV 25303 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT 06810 |
| INTERNATIONAL RESOURCES HOLDINGS II LLC<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - GUARANTOR<br>96 MACCORKLE AVENUE, SW<br>CHARLESTON, WV 25303 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT 06810 |
| INTERNATIONAL RESOURCES, LLC<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - GUARANTOR<br>96 MACCORKLE AVENUE, SW<br>CHARLESTON, WV 25303 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT 06810 |

In re:  JAMES RIVER COAL COMPANY                                    Case No.   14-31848
_____                          _____
                        Debtor                                                  (if known)

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| IRP GP HOLDCO, LLC<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT  06810 |
| IRP KENTUCKY LLC<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT  06810 |
| IRP LP HOLDCO, INC.<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT  06810 |
| IRP WV CORP.<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT  06810 |
| JAMES RIVER COAL SALES, INC.<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - BORROWER<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT  06810 |
| JAMES RIVER COAL SERVICE COMPANY<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - BORROWER<br>1374 HIGHWAY 192 EAST<br>LONDON, KY 40741-3123 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT  06810 |
| JAMES RIVER ESCROW INC.<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT  06810 |
| JELLICO MINING, LLC<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - GUARANTOR<br>ROUTE 1, BOX 290<br>MIDDLESBORO, KY 40965 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT  06810 |
| JOHNS CREEK COAL COMPANY<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT  06810 |
| JOHNS CREEK ELKHORN COAL CORPORATION<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - BORROWER<br>1148 LONG FORK ROAD<br>KIMPER, KY 41539 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT  06810 |
| JOHNS CREEK PROCESSING COMPANY<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT ,<br>DATED AS OF JUNE 30, 2011 - GUARANTOR<br>1148 LONG FORK ROAD<br>KIMPER, KY 41539 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT  06810 |

In re:  JAMES RIVER COAL COMPANY    Case No.   14-31848
_____    _____
Debtor    (if known)

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| LAUREL MOUNTAIN RESOURCES LLC<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT,<br>DATED AS OF JUNE 30, 2011 - BORROWER<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT  06810 |
| LEECO, INC.<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT,<br>DATED AS OF JUNE 30, 2011 - BORROWER<br>14 LOGAN STREET<br>JEFF, KY 41751 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT  06810 |
| LOGAN & KANAWHA COAL CO., LLC<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT,<br>DATED AS OF JUNE 30, 2011 - BORROWER<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT  06810 |
| MCCOY ELKHORN COAL CORPORATION<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT,<br>DATED AS OF JUNE 30, 2011 - BORROWER<br>1148 LONG FORK ROAD<br>KIMPER, KY 41539 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT  06810 |
| ROCKHOUSE CREEK DEVELOPMENT, LLC<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT,<br>DATED AS OF JUNE 30, 2011 - BORROWER<br>US ROUTE 52 S<br>GILBERT, WV 25621 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT  06810 |
| SHAMROCK COAL COMPANY, INCORPORATED<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT,<br>DATED AS OF JUNE 30, 2011 - GUARANTOR<br>ROUTE 2008, BOX 351A<br>BIG LAUREL, KY 40808 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT  06810 |
| SNAP CREEK MINING, LLC<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT,<br>DATED AS OF JUNE 30, 2011 - BORROWER<br>210 LARRY JOE HARLESS DRIVE<br>GILBERT, WV 25621 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT  06810 |
| TRIAD MINING, INC.<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT,<br>DATED AS OF JUNE 30, 2011 - BORROWER<br>1524 FREDERICA<br>OWENSBORO, KY 42302 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT  06810 |
| TRIAD UNDERGROUND MINING, LLC<br>SECOND AMENDED AND RESTATED REVOLVING CREDIT AGREEMENT,<br>DATED AS OF JUNE 30, 2011 - BORROWER<br>1524 FREDERICA<br>OWENSBORO, KY 42302 | GENERAL ELECTRIC CAPITAL CORPORATION<br>AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT<br>10 RIVERVIEW DRIVE<br>DANBURY, CT  06810 |
| JAMES RIVER COAL SERVICE COMPANY<br>UCC LIEN - PROPERTY DAMAGE<br>1374 HIGHWAY 192 EAST<br>LONDON, KY 40741-3123 | JEREMY JOHNSON, ETAL…<br>C/O CAMPBELL COLLINS & COLLINS PSC<br>ATTN: ADAM P. COLLINS, ESQ<br>P.O. BOX 727<br>HINDMAN, KY  41822 |

In re:  JAMES RIVER COAL COMPANY                                    Case No.    14-31848
_____                            _____
                    Debtor                                                    (if known)

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| LAUREL MOUNTAIN RESOURCES LLC<br>UCC LIEN - PROPERTY DAMAGE<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | JEREMY JOHNSON, ETAL…<br>C/O CAMPBELL COLLINS & COLLINS PSC<br>ATTN: ADAM P. COLLINS, ESQ<br>P.O. BOX 727<br>HINDMAN, KY 41822 |
| BLEDSOE COAL CORPORATION<br>UCC LIEN - NEGLIGENCE/PERSONAL INJURY SUIT<br>ROUTE 2008, BOX 351A<br>BIG LAUREL, KY 40808 | JIMMY R. HOLBROOK,JR.,ETAL…<br>C/O HON. OTIS DOAN, JR.<br>117 N FIRST STREET<br>HARLAN, KY 40831 |
| BLUE DIAMOND COAL COMPANY<br>UCC LIEN - ALL MINED COAL UPON THE LEASEHOLD ESTATES AND ALL<br>ACCOUNTS FROM THE SALE OF SAME<br>HIGHWAY 699, 48 BEECH FORK ROAD<br>SLEMP, KY 41763-8800 | KENTUCKY RIVER PROPERTIES LLC<br>300 BLACK GOLD BOULEVARD<br>HAZARD, KY 41701 |
| LEECO, INC.<br>UCC LIEN - ALL MINED COAL UPON THE LEASEHOLD ESTATES AND ALL<br>ACCOUNTS FROM THE SALE OF SAME<br>14 LOGAN STREET<br>JEFF, KY 41751 | KENTUCKY RIVER PROPERTIES LLC<br>300 BLACK GOLD BOULEVARD<br>HAZARD, KY 41701 |
| BLEDSOE COAL CORPORATION<br>UCC LIEN - PROPERTY DAMAGE<br>ROUTE 2008, BOX 351A<br>BIG LAUREL, KY 40808 | MYRNA LOIS BROCK<br>1571 HIGHWAY 421<br>BLEDSOE, KY 40810 |
| JAMES RIVER COAL SERVICE COMPANY<br>UCC LIEN - PROPERTY DAMAGE<br>1374 HIGHWAY 192 EAST<br>LONDON, KY 40741-3123 | MYRNA LOIS BROCK<br>1571 HIGHWAY 421<br>BLEDSOE, KY 40810 |
| SHAMROCK COAL COMPANY, INCORPORATED<br>UCC LIEN - PROPERTY DAMAGE<br>ROUTE 2008, BOX 351A<br>BIG LAUREL, KY 40808 | MYRNA LOIS BROCK<br>1571 HIGHWAY 421<br>BLEDSOE, KY 40810 |
| LOGAN & KANAWHA COAL CO., LLC<br>CREDIT GUARANTY<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | NORFOLK SOUTHERN RAILWAY COMPANY<br>ATTN: ASST. TREASURER AND CREDIT MANAGER<br>110 FRANKLIN ROAD<br>ROANOKE, VA 24042-0034 |
| BELL COUNTY COAL CORPORATION<br>UCC LIEN - TRUE LEASE/ EQUIPMENT<br>ROUTE 1, BOX 290<br>MIDDLESBORO, KY 40965 | REPUBLIC BANK, INC.<br>1560 S. RENAISSANCE TOWNE DRIVE<br>SUITE 260<br>BOUNTIFUL, UT 84010 |
| JAMES RIVER COAL SERVICE COMPANY<br>UCC LIEN - TRUE LEASE/ EQUIPMENT<br>1374 HIGHWAY 192 EAST<br>LONDON, KY 40741-3123 | REPUBLIC BANK, INC.<br>1560 S. RENAISSANCE TOWNE DRIVE<br>SUITE 260<br>BOUNTIFUL, UT 84010 |
| BLEDSOE COAL CORPORATION<br>UCC LIEN - EQUIPMENT<br>ROUTE 2008, BOX 351A<br>BIG LAUREL, KY 40808 | RUDD EQUIPMENT CO.<br>4344 POPLAR LEVEL ROAD<br>LOUISVILLE, KY 40213 |
| HAMPDEN COAL COMPANY, LLC<br>UCC LIEN - EQUIPMENT<br>US ROUTE 52 S<br>GILBERT, WV 25621 | RUDD EQUIPMENT CO.<br>4344 POPLAR LEVEL ROAD<br>LOUISVILLE, KY 40213 |

In re:  JAMES RIVER COAL COMPANY                                    Case No.   14-31848
_____                                    _____
Debtor                                                                          (if known)

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| JAMES RIVER COAL SERVICE COMPANY<br>UCC LIEN - EQUIPMENT<br>1374 HIGHWAY 192 EAST<br>LONDON, KY 40741-3123 | RUDD EQUIPMENT CO.<br>4344 POPLAR LEVEL ROAD<br>LOUISVILLE, KY  40213 |
| MCCOY ELKHORN COAL CORPORATION<br>UCC LIEN - EQUIPMENT<br>1148 LONG FORK ROAD<br>KIMPER, KY 41539 | RUDD EQUIPMENT CO.<br>4344 POPLAR LEVEL ROAD<br>LOUISVILLE, KY  40213 |
| BDCC HOLDING COMPANY, INC.<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| BDCC HOLDING COMPANY, INC.<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| BELL COUNTY COAL CORPORATION<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>ROUTE 1, BOX 290<br>MIDDLESBORO, KY 40965 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| BELL COUNTY COAL CORPORATION<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>ROUTE 1, BOX 290<br>MIDDLESBORO, KY 40965 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| BLEDSOE COAL CORPORATION<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>ROUTE 2008, BOX 351A<br>BIG LAUREL, KY 40808 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| BLEDSOE COAL CORPORATION<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>ROUTE 2008, BOX 351A<br>BIG LAUREL, KY 40808 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| BLEDSOE COAL LEASING COMPANY<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| BLEDSOE COAL LEASING COMPANY<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |

In re:  JAMES RIVER COAL COMPANY                                    Case No.   14-31848
_____                           _____
                        Debtor                                                (if known)

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BLUE DIAMOND COAL COMPANY<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>HIGHWAY 699, 48 BEECH FORK ROAD<br>SLEMP, KY 41763-8800 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| BLUE DIAMOND COAL COMPANY<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>HIGHWAY 699, 48 BEECH FORK ROAD<br>SLEMP, KY 41763-8800 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| BUCK BRANCH RESOURCES LLC<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| BUCK BRANCH RESOURCES LLC<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| CHAFIN BRANCH COAL COMPANY, LLC<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>210 LARRY JOE HARLESS DRIVE<br>GILBERT, WV 25621 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| CHAFIN BRANCH COAL COMPANY, LLC<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>210 LARRY JOE HARLESS DRIVE<br>GILBERT, WV 25621 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| EOLIA RESOURCES, INC.<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| EOLIA RESOURCES, INC.<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| HAMPDEN COAL COMPANY, LLC<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>US ROUTE 52 S<br>GILBERT, WV 25621 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| HAMPDEN COAL COMPANY, LLC<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>US ROUTE 52 S<br>GILBERT, WV 25621 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |

Schedule of Codebtors -
Sheet no. 7 of 12

In re:  JAMES RIVER COAL COMPANY                                              Case No.    14-31848

_____                                              _____
                 Debtor                                                           (if known)

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| INTERNATIONAL RESOURCE PARTNERS LP<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>96 MACCORKLE AVENUE, SW<br>CHARLESTON, WV 25303 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| INTERNATIONAL RESOURCE PARTNERS LP<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>96 MACCORKLE AVENUE, SW<br>CHARLESTON, WV 25303 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| INTERNATIONAL RESOURCES HOLDINGS I LLC<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>96 MACCORKLE AVENUE, SW<br>CHARLESTON, WV 25303 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| INTERNATIONAL RESOURCES HOLDINGS I LLC<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>96 MACCORKLE AVENUE, SW<br>CHARLESTON, WV 25303 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| INTERNATIONAL RESOURCES HOLDINGS II LLC<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>96 MACCORKLE AVENUE, SW<br>CHARLESTON, WV 25303 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| INTERNATIONAL RESOURCES HOLDINGS II LLC<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>96 MACCORKLE AVENUE, SW<br>CHARLESTON, WV 25303 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| INTERNATIONAL RESOURCES, LLC<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>96 MACCORKLE AVENUE, SW<br>CHARLESTON, WV 25303 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| INTERNATIONAL RESOURCES, LLC<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>96 MACCORKLE AVENUE, SW<br>CHARLESTON, WV 25303 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| IRP GP HOLDCO, LLC<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| IRP KENTUCKY LLC<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |

In re:  JAMES RIVER COAL COMPANY _____    Case No. ___14-31848_____
                              Debtor                                            (if known)

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| IRP KENTUCKY LLC<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| IRP LP HOLDCO, INC.<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| IRP WV CORP.<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| IRP WV CORP.<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| JAMES RIVER COAL SALES, INC.<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| JAMES RIVER COAL SALES, INC.<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| JAMES RIVER COAL SERVICE COMPANY<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>1374 HIGHWAY 192 EAST<br>LONDON, KY 40741-3123 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| JAMES RIVER COAL SERVICE COMPANY<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>1374 HIGHWAY 192 EAST<br>LONDON, KY 40741-3123 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| JAMES RIVER ESCROW INC.<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| JAMES RIVER ESCROW INC.<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |

In re: JAMES RIVER COAL COMPANY _____    Case No. __14-31848__
                                          Debtor                                                        (if known)

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| JELLICO MINING, LLC<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>ROUTE 1, BOX 290<br>MIDDLESBORO, KY 40965 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN 55107-2292 |
| JOHNS CREEK COAL COMPANY<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN 55107-2292 |
| JOHNS CREEK COAL COMPANY<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN 55107-2292 |
| JOHNS CREEK ELKHORN COAL CORPORATION<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>1148 LONG FORK ROAD<br>KIMPER, KY 41539 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN 55107-2292 |
| JOHNS CREEK ELKHORN COAL CORPORATION<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>1148 LONG FORK ROAD<br>KIMPER, KY 41539 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN 55107-2292 |
| JOHNS CREEK PROCESSING COMPANY<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>1148 LONG FORK ROAD<br>KIMPER, KY 41539 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN 55107-2292 |
| JOHNS CREEK PROCESSING COMPANY<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>1148 LONG FORK ROAD<br>KIMPER, KY 41539 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN 55107-2292 |
| LAUREL MOUNTAIN RESOURCES LLC<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN 55107-2292 |
| LAUREL MOUNTAIN RESOURCES LLC<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN 55107-2292 |
| LEECO, INC.<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>14 LOGAN STREET<br>JEFF, KY 41751 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN 55107-2292 |

Schedule of Codebtors -
Sheet no. 10 of 12

In re:  JAMES RIVER COAL COMPANY                                    Case No.   14-31848
_____                                    _____
                    Debtor                                                            (if known)

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| LEECO, INC.<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>14 LOGAN STREET<br>JEFF, KY 41751 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| LOGAN & KANAWHA COAL CO., LLC<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| LOGAN & KANAWHA COAL CO., LLC<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>901 E. BYRD STREET, SUITE 1600<br>RICHMOND, VA 23219 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| MCCOY ELKHORN COAL CORPORATION<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>1148 LONG FORK ROAD<br>KIMPER, KY 41539 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| MCCOY ELKHORN COAL CORPORATION<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>1148 LONG FORK ROAD<br>KIMPER, KY 41539 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| ROCKHOUSE CREEK DEVELOPMENT, LLC<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>US ROUTE 52 S<br>GILBERT, WV 25621 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| ROCKHOUSE CREEK DEVELOPMENT, LLC<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>US ROUTE 52 S<br>GILBERT, WV 25621 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| SHAMROCK COAL COMPANY, INCORPORATED<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>ROUTE 2008, BOX 351A<br>BIG LAUREL, KY 40808 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| SHAMROCK COAL COMPANY, INCORPORATED<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>ROUTE 2008, BOX 351A<br>BIG LAUREL, KY 40808 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| SNAP CREEK MINING, LLC<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>210 LARRY JOE HARLESS DRIVE<br>GILBERT, WV 25621 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |

In re:  JAMES RIVER COAL COMPANY            Case No.    14-31848

                        Debtor                                               (if known)

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| SNAP CREEK MINING, LLC<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>210 LARRY JOE HARLESS DRIVE<br>GILBERT, WV 25621 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| TRIAD MINING, INC.<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>1524 FREDERICA<br>OWENSBORO, KY 42302 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| TRIAD MINING, INC.<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>1524 FREDERICA<br>OWENSBORO, KY 42302 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| TRIAD UNDERGROUND MINING, LLC<br>10% CONVERTIBLE BONDS DUE 2018 - GUARANTOR<br>1524 FREDERICA<br>OWENSBORO, KY 42302 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |
| TRIAD UNDERGROUND MINING, LLC<br>7.875% UNSECURED BOND DUE 2019 - GUARANTOR<br>1524 FREDERICA<br>OWENSBORO, KY 42302 | U.S. BANK NATIONAL ASSOCIATION<br>ATTN: SPECIALIZED FINANCE<br>60 LIVINGSTON AVENUE<br>MAIL STATION—EP-MN-W52N<br>ST. PAUL, MN  55107-2292 |

In re:   JAMES RIVER COAL COMPANY                                          Case No.    14-31848
_____                          _____
                        Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Peter T. Socha, the President, Chief Executive Officer of James River Coal Company named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 55 sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date    June 20, 2014            Signature    /s/ Peter T. Socha
     _____                       _____

                                               Peter T. Socha
                                               _____
                                               [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
----------------------------------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.