IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| **In re:** | |
| | **Chapter 11** |
| **JAMES RIVER COAL COMPANY,** *et al.*, | **Case No. 14-31848 (KRH)** |
| | **(Jointly Administered)** |
| **Debtors.** | |

## DECLARATION AND DISCLOSURE STATEMENT OF GARY MILLER, ON BEHALF OF MISHCON DE REYA SOLICITORS

**Gary Miller**, declares and says:

1.      I am a **Partner**  of, **Mishcon de Reya Solicitors**   located at **Summit House, 12 Red Lion Square, London, WC1R 4QD**  (the "**Firm**").

2.      James River Coal Company and its subsidiaries, as debtors and debtors in possession in the above referenced proceedings (collectively, the "**Debtors**"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide those services.

3.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are claimants or other parties in interest in the Debtors' chapter 11 cases.  To the best of my knowledge and belief, having performed our ordinary conflict checks, the Firm does not perform services for any such person in connection with these chapter 11 cases.

4.      Neither I nor any partner or associate of the Firm, insofar as I have been able to ascertain, having performed our ordinary conflict checks,  holds or represents any

interest adverse to the Debtors or their estates with respect to the matters on which the Firm is to be employed.

5.      Neither I nor any partner or associate of the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any person other than partners and associates of the Firm.

6.      The Debtors owe the Firm $ **ZERO** for prepetition services.

7.      At any time during the period of its employment, if the Firm should discover any facts bearing on the matter described herein, the Firm will supplement the information contained in this Declaration.

8.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on **30 October**, 2014.

_____
Gary Miller

James River Coal Company, et al.
Chapter 11 Case No. 14-31848 (KRH)

RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY JAMES RIVER COAL COMPANY, *et al.*
(the "**Debtors**")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS TO:

     Davis Polk & Wardwell LLP
     450 Lexington Avenue
     New York, New York 10017
     Attn:  Marshall S. Huebner and Brian M. Resnick

All questions **must** be answered.  Please use "none," "not applicable," or "N/A," as appropriate.  If more
space is needed, please complete on a separate page and attach.

1.       Name and address of firm:

       **Mishcon de Reya Solicitors**

       **Summit House, 12 Red Lion Square,**

       **London**

       **WC1R 4QD**

       Date of retention: **01 October 2014**

2.       Brief description of services to be provided:

       **General commercial litigation advice relating to non-payment of invoices.**

3.       Arrangements for compensation (hourly, contingent, etc.):

       **Hourly**

     (a)    Range of hourly rates (if applicable): **£600 - £180**

     (b)    Estimated average monthly compensation based on prepetition retention (if
          firm was employed prepetition): **N/A**

4.       Prepetition claims against any of the Debtors held by the firm:

       Amount of claim: **to the best of my knowledge and belief this is not applicable**

       Date claim arose: **N/A**

       Source of claim: **N/A**

5. Prepetition claims against any of the Debtors held individually by any of the firm's [attorneys/employees]:

Name: **to the best of my knowledge and belief this is not applicable**

Status: **N/A**

Amount of claim: $ **N/A**

Date claim arose: **N/A**

Source of claim: **N/A**

6. Stock of any of the Debtors currently held by the firm:

Kind of shares: **to the best of my knowledge and belief this is not applicable**

No. of shares: **N/A**

7. Stock of any of the Debtors currently held individually by any of the firm's [attorneys/employees]:

Name: **to the best of my knowledge and belief this is not applicable**

Status: **N/A**

Kind of shares: **N/A**

No. of shares: **N/A**

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the firm is to be employed:

**to the best of my knowledge and belief this is not applicable**

Name of individual completing this form:

**Gary Miller**