Jonathan L. Gold (VA Bar No. 78176)
Christopher L. Perkins (VA Bar No. 41783)
LeClairRyan, A Professional Corporation
919 East Main Street, 24th Floor
Richmond, Virginia 23219
(804) 783-2003

*Local Counsel to the Official Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| | )    Chapter 11 |
| | ) |
| JAMES RIVER COAL COMPANY, *ET AL.*, | )    Case No. 14-31848 (KRH) |
| | ) |
| | )    (Jointly Administered) |
| Debtors. | ) |
| | ) |

**ORDER GRANTING FINAL APPLICATION OF LECLAIRRYAN, A PROFESSIONAL
CORPORATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS LOCAL COUNSEL FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD FROM APRIL 17, 2014 THROUGH MARCH 31, 2016**

Upon the application dated April 28, 2016 (the "**Final Fee Application**") of LeClairRyan,

A Professional Corporation ("**LeClairRyan**") for the entry of an order (the "**Order**") pursuant to

section 330 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy

Procedure, Rule 2016-1(a) of the Local Rules for the Bankruptcy Court for the Eastern District of

Virginia and this Court's *Order Establishing Procedures for Interim Compensation and

Reimbursement of Expenses of Retained Professionals* [Dkt. No. 247], authorizing the final

allowance of compensation and reimbursement of expenses to LeClairRyan, as local counsel to the

Official Committee of Unsecured Creditors (the "**Committee**") of James River Coal Company and

its affiliated debtors and debtors and possession (the "**Debtors**"); and the Court having found that

it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having

found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found

that venue of this proceeding and the Final Fee Application in this district is proper pursuant to 28

U.S.C. §§ 1408 and 1409; and the Court having found that LeClairRyan provided appropriate

notice of the Final Fee Application and the opportunity for a hearing on the Final Fee Application;

and the Court having found that the requirements of the Local Rules for the Bankruptcy Court for

the Eastern District of Virginia are satisfied by such notice; and the Court having reviewed the

Final Fee Application and having heard the statements in support of the relief requested therein at a

hearing before the Court (the "**Hearing**"); and the Court having determined that the legal and

factual bases set forth in the Final Fee Application and at the Hearing establish just cause for the

relief granted herein; and upon all of the proceedings had before the Court; and after due

deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED, ADJUDGED and

DECREED THAT:

1. The Final Fee Application is granted as set forth herein.

2. Capitalized terms not otherwise defined herein shall have the meanings given to them in the Final Fee Application.

3. The Court allows an administrative priority expense claim for LeClairRyan in the amount of $12,412.50 for necessary professional services rendered and $6.90 for expenses incurred during the Final Fee Period.

4. All outstanding fees and expenses for the Final Fee Period and Interim Compensation Period shall be paid to LeClairRyan upon entry of this Order.

5.      LeClairRyan is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Final Fee Application.

6.      All amounts sought and approved in the First Interim Fee Application, Second Interim Fee Application, Third Interim Fee Application, Fourth Interim Fee Application, Fifth Interim Fee Application, Sixth Interim Fee Application, and Seventh Interim Fee Application are hereby allowed as an administrative priority expense claim and approved on a final basis.

7.      Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8.      The requirement set forth in Rule 9013-1(G) of the Local Bankruptcy Rules that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Final Fee Application or otherwise waived.

9.      This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

ENTERED: May 23 2016

/s/ Kevin R Huennekens

UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:  May 24 2016

3

WE ASK FOR THIS:

/s/ Jonathan L. Gold
Jonathan L. Gold (VA Bar No. 78176)
Christopher L. Perkins (VA Bar No. 41783)
LeClairRyan, A Professional Corporation
919 East Main Street, 24th Floor
Richmond, Virginia 23219
(804) 783-2003

*Local Counsel to the Official Committee of Unsecured Creditors*

SEEN AND NO OBJECTION:

/s/ Robert B. Van Arsdale (pursuant to permission in electronic mail dated May 18, 2016)
Robert B. Van Arsdale
Office of the U.S. Trustee
600 East Main Street, Suite 301
Richmond, Virginia 23219

*Assistant U.S. Trustee*

## LOCAL RULE 9022-1 CERTIFICATION

In accordance with Local Rule 9022-1, the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ Jonathan L. Gold
Counsel

## SERVICE LIST

Judy A. Robbins
Office of the U.S. Trustee - Region 4 -R
701 E. Broad Street, Suite 4304
Richmond, VA 23219
*United States Trustee*

Tyler P. Brown
Henry P. Long, III
Justin F. Paget
Hunton & Williams
951 East Byrd Street
Richmond, VA 23219
*Counsel for the Debtors*